AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED ___ ENTERED
___ LODGED ___ RECEIVED

SEP 2 1 2021

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

United States of America
v.
Trayvon HALL, a/k/a "Tru," a/k/a "G-Tru"

Case No. CCB-19-0568

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Trayvon HALL, a/k/a "Tru," a/k/a "G-Tru"

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☒ Order of the Court

This offense is briefly described as follows:

Ct 1 - Racketeering conspiracy, 18 USC 1962(d)
Ct 2 - Conspiracy to distribute and possess with intent to distribute controlled substances, 21 USC 846(b)(1)(B)
Ct 3 - VICAR murder, 18 USC 1959(a)(1)
Ct 4 - VICAR murder, 18 USC 1959(a)(1)
Ct 12 - Possession of a firearm by a felon, 18 USC 922(g)

Date: 09/16/2021

_A. D._____ (signature)_
Issuing officer's signature

City and state:   Baltimore, MD

Hon. A. David Copperthite, U.S. Magistrate Judge
Printed name and title

---

**Return**

This warrant was received on (date) 09/16/2021, and the person was arrested on (date) 09/21/2021
at (city and state) Baltimore, MD.

Date: 09/21/2021

_Albert A. Maresca Jr_
Arresting officer's signature

A. Maresca Jr, DUSM
Printed name and title

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED ENTERED
LODGED RECEIVED
SEP 2 1 2021
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| United States of America<br>v.<br>Trayvon HALL, a/k/a "Tru," a/k/a "G-Tru"<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CCB-19-0568 |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Trayvon HALL, a/k/a "Tru," a/k/a "G-Tru",
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Ct 1 - Racketeering conspiracy, 18 USC 1962(d)
Ct 2 - Conspiracy to distribute and possess with intent to distribute controlled substances, 21 USC 846(b)(1)(B)
Ct 3 - VICAR murder, 18 USC 1959(a)(1)
Ct 4 - VICAR murder, 18 USC 1959(a)(1)
Ct 12 - Possession of a firearm by a felon, 18 USC 922(g)

Date:   09/16/2021

*Issuing officer's signature*

City and state:   Baltimore, MD

Hon. A. David Copperthite, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 09/16/2021, and the person was arrested on *(date)* 09/21/2021
at *(city and state)* Baltimore, MD.

Date: 09/21/2021

Albert Maresca Jr
*Arresting officer's signature*

A. Maresca Jr, DUSM
*Printed name and title*