IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF SIX RESIDENCES AND SIX VEHICLES FURTHER DESCRIBED IN ATTACHMENTS A-1 THROUGH A-12** | **Case No.** <u>1:20-mj-2511 to -2522 TMD</u><br><br>**Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR SEARCH WARRANTS**

I, Special Agent Francisco M. Rego of the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

**INTRODUCTION**

1.     I make this Affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for warrants to search six residences and six vehicles, listed in the chart below and described further in Attachments A-1 through A-12, and hereinafter referred to collectively as the "**Subject Premises**":

| SUBJECT | DESCRIPTION | HEREINAFTER | ATTACHMENT |
|---|---|---|---|
| Keith PINSON | 5709 Chinquapin Parkway, Apt. C Baltimore, Maryland 21212 | **Subject Residence 1** | A-1 |
| Marcus WILLIAMS | 3917 Annellen Road, Baltimore, Maryland 21215 | **Subject Residence 2** | A-2 |
| Donnell FOSTER | 9547 Clocktower Lane, Columbia, Maryland 21046 | **Subject Residence 3** | A-3 |
| Daran HICKMAN | 2920 Grantley Avenue Baltimore, Maryland 21215 | **Subject Residence 4** | A-4 |
| Ronnie FINNEY | 1132 Braddish Avenue Baltimore, Maryland 21216 | **Subject Residence 5** | A-5 |
| Alvin JOHNSON | 3711 Ridgecroft Road Baltimore, Maryland 21206 | **Subject Residence 6** | A-6 |
| Keith PINSON | Blue Volvo SUV, Maryland License Plate 39571CJ | **Subject Vehicle 1** | A-7 |
| Marcus WILLIAMS | Black Kia Sedan, Maryland License Plate 2DJ2709 | **Subject Vehicle 2** | A-8 |

1

| Donnell FOSTER | Black Honda Sedan, Virginia License Plate UTV4438 | **Subject Vehicle 3** | A-9 |
| Daran HICKMAN | Black GMC Terrain, Maryland License Plate 8EG7429 | **Subject Vehicle 4** | A-10 |
| Ronnie FINNEY | Black Saturn VUE, Virginia License Plate ULZ9374 | **Subject Vehicle 5** | A-11 |
| Alvin JOHNSON | Black Toyota Venza, Maryland License Plate 1EE7486 | **Subject Vehicle 6** | A-12 |

2.      I submit there is probable cause to believe that the **Subject Premises** contain evidence of criminal activity, namely, conspiracy to participate in a racketeering enterprise, in violation of 18 U.S.C. § 1962(d).

3.      Because this Affidavit is being submitted for the limited purpose of establishing probable cause for a search warrant, I have not included all facts known to me concerning the entities, individuals, and the events described in this Affidavit.  Rather, I have set forth only those facts that I believe are necessary to establish probable cause.  I have not, however, excluded any information known to me that would defeat a determination of probable cause.

4.      The statements made in this Affidavit are based in part on: (a) my personal participation in this investigation; (b) information provided to me by other law enforcement officers; (c) information provided to me and other law enforcement officers by confidential sources of information; (d) criminal history records maintained by various law enforcement agencies, the BPD, and the National Criminal Information Center ("NCIC"); and (e) the training and experience of myself and other law enforcement agents and officers.

## AFFIANT BACKGROUND

5.      I am "an investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, the offenses

2

enumerated in offenses Section 2516 of Title 18, United States Code.

6.      I have been a Special Agent with the FBI since July 2017.  Since May 2018, I have been assigned to the FBI's Safe Streets Task Force in Baltimore, which investigates violations of federal drug and firearms statutes. I have been responsible for investigations into various unlawful activities, including drug trafficking, firearms offenses, gang activity, and violent crime occurring in the District of Maryland.  I have authored, executed, and/or participated in search and seizure warrants based on criminal activity including drug trafficking, firearms offenses, and racketeering conspiracy.  I have arrested and/or participated in the arrest of over 20 people for violations of state and federal drug and firearms statutes.  I have also received specialized training in the area of illegal narcotics.

7.      Based on my training and experience, I have become familiar with how gangs operate as criminal organizations and the patterns of criminal activity in which they engage.  For instance, I have become familiar with the way in which gangs are typically structured hierarchically, and how gang leaders issue directives to subordinates, including directives to execute acts of violence against rival gangs and drug traffickers, witnesses against the gang, or members of the gang who fail to follow gang protocols.  I have also become familiar with the manner in which gang members typically represent their gang association by wearing designated colors or specific apparel, and by making gang signs and sporting gang tattoos.

8.      Based on my training and experience, I know that members of gangs often engage in drug trafficking in order to enrich the gang and further its criminal activities.  I have become familiar with the manner in which gang members smuggle, transport, store and distribute narcotics, as well as how they collect and launder drug proceeds.  I have also become familiar with the manner in which gangs use firearms in furtherance of their drug trafficking operations, such as to

protect themselves and their drugs and drug proceeds, to ensure that drug debts are collected, and to retaliate against rival drug traffickers who threaten their drug territory or customer base.

9.      Based on my training and experience, I know that members of gangs commonly use cell phones and social media platforms like Instagram to facilitate their illegal activities, and that they typically use coded communications or slang-filled telephone conversations to thwart law enforcement investigations.  Instagram allow users to communicate with one another via private messages, or to upload photographs and videos or post comments to photographs and videos that are accessible to a wider audience consisting of the user's "followers" or the broader public.  I have become familiar with the way in which gang members often use social media platforms to communicate privately with co-conspirators about crimes they are planning to commit or have committed, or to communicate with wider audiences to advertise drugs for sale, assert their claim to particular drug territories, intimidate witnesses or rival drug traffickers, spread news about murders and shootings, enhance the gang's status, or enhance their own status within the gang (for instance, by flaunting gang signs, firearms, drugs, or the proceeds of drug trafficking).

10.     Based on my training and experience, I know that gang members commonly install the Instagram "app" on their cell phones, which they frequently carry on their persons when on the go, or store in their residences and vehicles.  Records of their Instagram activities, including communications, photographs, videos, comments, and location data, are often stored on their cell phones.

**RELEVANT FACTS**

**Background on the ETG Crips Investigation**

11.     Members of FBI's Baltimore Safe Streets Task Force are investigating criminal gang activity, drug trafficking, and firearms offenses by a Baltimore set of the Crips gang known

as the Eight Tray Gangster Crips, or the "ETG" Crips.  One component of the gang is known as the "Baccwest" ETG Crips, and operates primarily in the area of West Baltimore Street and North Hilton Street in West Baltimore City, with another offshoot in the Lexington Terrace area located just west of Downtown Baltimore.  Another component of the gang is known as the "Nutty North Side" ETG Crips, and operates primarily in the area of Frankford Avenue and Sinclair Lane in North Baltimore.  The investigation has revealed that the ETG Crips were responsible for numerous homicides and shootings in Baltimore between 2016 and 2019.

12.     Based on information provided by multiple confidential sources, and corroborated by Instagram and cell phone evidence, Trayvon HALL, a/k/a "Tru," a/k/a "G-Tru," is the leader of the Baccwest ETG Crips, and Antoine FORDHAM, a/k/a "Frank C" a/k/a "Infamous" was the leader of the Nutty North Side ETG Crips.[1]  Other members of the ETG Crips include, but are not limited to: Keith PINSON a/k/a "Gotti" (the user of **Subject Residence 1** and **Subject Vehicle 1**); Marcus WILLIAMS, a/k/a "Gangsta C" or "GC" (the user of **Subject Residence 2** and **Subject Vehicle 2**); Donnell FOSTER, a/k/a "Fuss" (the user of **Subject Residence 3** and **Subject Vehicle 3**); Daran HICKMAN, a/k/a "Chizzle" or "Chizz" (the user of **Subject Residence 4** and **Subject Vehicle 4**); Ronnie FINNEY, a/k/a "Fin" (the user of **Subject Residence 5** and **Subject Vehicle 5**); Alvin JOHNSON, a/k/a "Jug" (the user of **Subject Residence 6**); Devon POWELL, a/k/a "Smuppy"; Ridgley SHIPLEY, a/k/a "Crazy"; David JACKSON, a/k/a "Dev," a/k/a "Lil David";

---

[1]     In 2019, FORDHAM pled guilty in Anne Arundel County Circuit Court to conspiracy to establish and entrench a gang and other charges relating to his leadership role in the ETG Crips. As part of his plea, he admitted to overseeing gang members inside and outside Maryland prison facilities, smuggling contraband to incarcerated gang members, authorizing violence, and assigning gang members to carry it out.  He was sentenced to 35 years in prison, with all but 20 years suspended.  FORDHAM is not charged in the instant case.

Steven MILHOUSE, a/k/a "Soulja" a/k/a "Steve-O";[2] Maurice Finney, a/k/a "Mitch" (now deceased); and Deontae EMMONS, a/k/a "Tip" or "Tae" (now deceased).

13.     On September 30, 2020, a federal grand jury for the District of Maryland returned a sealed superseding indictment charging ten members of the ETG Crips—HALL, FINNEY, FOSTER, HICKMAN, JACKSON, JOHNSON, PINSON, POWELL, SHIPLEY, and WILLIAMS—with racketeering conspiracy, in violation of 18 U.S.C. § 1962(d), and conspiracy to distribute and possess with intent to distribute controlled substances, in violation of 21 U.S.C. § 846.  *See United States v. Trayvon Hall, et al.*, Crim No. CCB-19-0568.  The superseding indictment alleges that the defendants participated in the affairs of the ETG Crips through a pattern of racketeering activity that included murder, robbery, conspiracy to distribute and possess with intent to distribute controlled substances, possession with intent to distribute and distribution of controlled substances, witness retaliation, and witness tampering.  The superseding indictment also charges HALL, SHIPLEY, and POWELL in standalone counts of murder in aid of racketeering, in violation of 18 U.S.C. § 1959(a)(1); assault with a dangerous weapon resulting in serious bodily injury in aid of racketeering, in violation of 18 U.S.C. § 1959(a)(3); possession of a firearm and ammunition by a felon, in violation of 18 U.S.C. § 922(g); using, carrying, brandishing, and discharging a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. § 924(c); and Hobbs Act robbery and Hobbs Act robbery conspiracy, in violation of 18 U.S.C. § 1951(a).

14.     Also on September 30, 2020, United States Magistrate Judge Thomas M. DiGirolamo issued sealed arrest warrants for the ten defendants charged in the superseding

---

[2]     In 2018, MILHOUSE was convicted in Baltimore City Circuit Court of murder and other charges and sentenced to life in prison.  MILHOUSE also is not charged in the instant case.

indictment. Four of the ten defendants—HALL, SHIPLEY, POWELL, and JACKSON—are currently incarcerated. The remaining six defendants—PINSON, WILLIAMS, FOSTER, HICKMAN, FINNEY, and JOHNSON (hereinafter referred to collectively as the "**Target Subjects**") are the users of the **Subject Premises**.

15.     The superseding indictment is based on a many different types of evidence, including, but not limited to, debriefings of cooperating witnesses; search warrants on Instagram accounts used by members of the ETG Crips (and publicly available posts); YouTube videos featuring members of the ETG Crips; historical arrests of members of the ETG Crips and seizures of drugs, guns, and gang paperwork; forensic analysis of cell phones recovered from members of the ETG Crips incident to their arrests; recorded jail calls made by and to members of the ETG Crips; a DEA-led wiretap investigation in 2017; ballistic evidence; and cell site location data for cell phones used by members of the ETG Crips.

16.     Based on this evidence, investigators have learned that the ETG Crips use gang-related terminology and symbols to identify themselves and communicate with one another. For instance, they commonly identify with the colors blue and gray; with the letters "T" and "G" (they often wear apparel with the Texas Rangers "T" logo or the Georgetown Hoyas "G" logo); and with the numbers "8" and "3" or "83," which are references to 83rd Street in Los Angeles where the ETG Crips were founded, and from which the gang derives its name. They often sport gang tattoos, including tattoos of the letters "ETG" or the numbers "83." They celebrate an annual holiday, called "Tray Day," on August 3 (8/3) of each year. They often greet one another with the phrase "What's movin?"—or, in writing, "What's m8v3n?" Like other Crips sets, they avoid using the letters "ck"—believed to be a reference to "Crip killer"—and instead substitute the letters "cc," as in "Baccwest" instead of "Backwest." ETG Crips members also use various hands signs to

represent their gang affiliation.   Investigators have become familiar with these hand signs, including hand signs specific to the Baccwest ETG Crips.

17.     Investigators have also learned that the ETG Crips often keep and disseminate gang paperwork documenting the gang's history, structure, rules, and coded terminology.   Members of the gang frequently store such gang paperwork in their residences and vehicles (or in their jail cells, if they are incarcerated).   For instance, on June 20, 2017, DEA agents arrested Antoine FORDHAM and executed state search warrants at his residence at 1306 Mantle Street in Parkville, Maryland, as well as three vehicles associated with FORDHAM.   From FORDHAM's person, agents recovered an Apple iPhone that contained a wealth of text messages between FORDHAM and HALL discussing the ETG Crips as well as acts of violence carried out in furtherance of the gang.   From FORDHAM's residence, they recovered photographs of SHIPLEY and other members of the ETG Crips displaying gang signs and tattoos, as well as handwritten notes referencing "Eight Tray Gangsta," "Nutty North Side," and "m8v3n gang."   From FORDHAM's vehicles, they recovered ETG Crips gang paperwork discussing the history, rules, and code words of the gang.   For instance, the paperwork included a handwritten document titled "3 Tray Disciplinary Chart," setting forth certain "catagory [sic] 1" violations punishable by "murder," including "No Homosexuality," "No snitching," "No mu[r]der of loc unless green lighted" and "No status claiming."   The paperwork also included a handwritten document titled "Tray Commandments," setting forth rules such as: "Never drop your flag," "Never tell on a gangsta about nothing," "Respect all rank," and "Never discuss Tray business with nobody but Trays."

18.     In addition, on June 26, 2017, employees of the Maryland Department of Public Safety and Correctional Services (DPSCS) searched SHIPLEY's jail cell at the Maryland Correctional Training Center and recovered ETG Crips gang paperwork discussing the gang's

history, structure, territories, oath, and colors, as well as certain ETG Crips terminology or "Tray Lingo." SHIPLEY was later released from custody. On November 28, 2017, DEA agents executed a state search warrant at SHIPLEY's residence at 6806 Snowberry Court in Baltimore, Maryland. From inside the residence, agents recovered distribution quantities of marijuana, a .30 caliber rifle, and additional ETG Crips gang writings.

19. In addition, on July 31, 2019, the FBI arrested HALL and executed federal search warrants on HALL's residence at 1427 Hadwick Drive in Essex, Maryland; a red Mitsubishi SUV with Maryland plate 3DR7595 that HALL had been seen operating; and HALL's Apple iPhone with phone number (410) 717-3342.[3] During a search of the red Mitsubishi, investigators recovered a loaded .40 caliber Smith & Wesson handgun, as well as a handwritten letter addressed to HALL from MILHOUSE. The letter contained distinctive ETG Crips terminology such as use of the phrase "Whats m8v3n 3rd." Along with the letter from MILHOUSE, investigators found discovery material related to MILHOUSE's state murder cases—namely, Baltimore Police Department reports detailing information provided by cooperating witnesses against MILHOUSE in a related homicide investigation. HALL was wearing blue socks with the Texas Rangers "T" logo on them and sporting a "T" tattoo on his wrist.

20. HALL's Apple iPhone was found to contain (a) records of his Instagram and Facebook activity, (b) photographs of HALL with each of the **Target Subjects** (PINSON, HICKMAN, WILLIAMS, FOSTER, FINNEY, and JOHNSON) making ETG Crips gang signs and/or wearing gang paraphernalia; and (c) hundreds of text messages with the **Target Subjects**

---

[3] The search warrants were authorized by U.S. Magistrate Judge Stephanie A. Gallagher. HALL was arrested in connection with a federal indictment charging him with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g).

and other members of the ETG Crips discussing the ETG Crips and acts of violence carried out in furtherance of the ETG Crips.

21.     A small sample of these text messages and acts of violence involving the **Target Subjects** are discussed in further detail below.   Based on the above-referenced seizures, investigators believe the **Subject Premises** will contain evidence of the **Target Subjects**' affiliation with the ETG Crips and of the racketeering conspiracy—for instance, gang paperwork, gang paraphernalia such as blue bandanas and apparel with the Texas Rangers "T" logo, documentation regarding potential witnesses against the gang, and cell phones and electronic devices containing text messages and Instagram activity discussing the ETG Crips and acts of violence carried out in furtherance of the ETG Crips.

## ETG Crips' Violent Feud with Black Guerilla Family (BGF) Gang in Lexington Terrace Neighborhood

22.     The investigation has revealed that in or about 2016, the Baccwest ETG Crips became embroiled in a violent dispute with members of the Black Guerilla Family ("BGF") gang in the Lexington Terrace neighborhood of Baltimore.  A cooperating witness (hereinafter, "CW-1")[4] told investigators that the dispute arose because members of the rival BGF gang robbed an ETG Crips associate named "Gooz" of crack cocaine that had been supplied to him by HALL. The BGF members who robbed "Gooz" included Shyheim Brown, a/k/a "Shy," and "David," who has been identified by investigators as David Johnson.  The leader of the rival BGF gang was Albert Pittman, a/k/a "Al."  Because Pittman was the leader of the BGF set, HALL held him responsible for the robbery and expected him to rectify the situation.  When that did not happen,

---

[4]     CW-1 has criminal convictions for theft and second-degree assault.  CW-1's information has been corroborated by other evidence in the case, and investigators believe CW-1 to be reliable.

HALL and the ETG Crips made it their mission to kill Pittman, Brown, Johnson, and their BGF associates.

23.     CW-1's information is corroborated by Instagram messages between members of the ETG Crips in May 2016.  On February 22, 2019, U.S Magistrate Judge Beth P. Gesner authorized search warrants on twelve Instagram accounts in use by members of the ETG Crips, including HALL (accounts "tru83_haitian" and "hatian_tru"), FOSTER (account "fuss.of.the.city"), PINSON (account "kgotti83"), and FINNEY (account "mitch_3rdst_way"). The returns include a long chain of messages between HALL, HICKMAN, WILLIAMS, PINSON, MILHOUSE and others, in which they use slang-filled and coded language to discuss their conspiracy to kill members of the rival BGF group in Lexington Terrance—and Pittman, Brown, and Johnson, specifically.

24.     For instance, on May 18, 2016, HALL sent a message to the group that included HICKMAN, WILLIAMS, PINSON, and MILHOUSE, saying: "**to be a Tray u gotta bash a J that's how we rocking now**."  Based on my training and experience, I know that "J" is a commonly used term to refer to members of BGF.  I believe that in this message, HALL was saying that killing a member of BGF, or a "J," was a prerequisite to membership in the ETG Crips. HALL then asked the group for pictures of their BGF targets.  HICKMAN and WILLIAMS sent the group photos of Albert Pittman, Shyheim Brown, and David Johnson.

25.     On May 18, 2016, HICKMAN sent a message to the group that included HALL, WILLIAMS, PINSON, and MILHOUSE saying that he had his eyes on a particular target who was "**out front his spot leanin n car peekn**."  HALL explained that "Gotti" (*i.e.*, PINSON) had tried to "**drill**" the night before and added, "**definitely need send sum fire today don't want them getting comfortable**."  Later, HALL asked WILLIAMS whether there was a way to

approach the basketball court at Lexington Terrace from "behind."  WILLIAMS replied that there

was, and that he and MILHOUSE had done it before.  HALL said they might be able to "**catch**

**them like that**."   Investigators believe HALL was referring to catching the BGF members

unawares by approaching the basketball court from behind.  HALL asked WILLIAMS whether he

was willing to "**take [the] lead in a drill**" that night.  WILLIAMS replied in the affirmative.  Based

on their training and experience and the context of the conversation, investigators believe that the

references to "drills," "drilling," and "sending fire" were references to attempts to shoot or kill the

rival BGF members.

26.     On May 19, 2016, HICKMAN sent a message to the group that included HALL,

WILLIAMS, and PINSON, and MILHOUSE, indicating that he had just seen "Al" (*i.e.*, Albert

Pittman) and some of his associates off Cherry Blossom Way in Lexington Terrace.  HALL asked,

"**How u keep seeing them but ain't no shotz fired[?]**"  HICKMAN replied, "**Cant fire shots wit**

**no strap on me.**"  Based on my training and experience, I know that "strap" is a common street

term for gun.  WILLIAMS indicated that it would get done; he just did not want to "**Waste bullets**"

and "**hit nuffn.**"  HICKMAN added that he was looking for opportunities "**everyday**" and "**wen**

**I do wat I do it a be finished.**"  HALL agreed, saying: "**it's not shooting to be shooting we shoot**

**to kill.**"

27.     On May 19, 2016, HALL sent a message to the group directing HICKMAN to ask

a mutual acquaintance whether "**he Willing to line Al up for me**" (again referring to Albert

Pittman).  HICKMAN indicated that the acquaintance was willing to do it as long as they made

sure to "**finish**" Pittman.

28.     On May 20, 2016, HALL advised the group including HICKMAN, WILLIAMS,

PINSON, and MILHOUSE that he had been shooting indiscriminately at anyone he thought might

be affiliated with BGF in the Lexington Terrace area.  Specifically, HALL said: "**I'm trying hit anything I see down der cause I don't kno who that n not so I'm jus rocking shit any chance I get so anybody y'all fuc wit tell them don't be out der cause when I get der I'm hitting anything**."  HALL and HICKMAN then made plans to meet up that night in order to drive through the Lexington Terrace neighborhood.  HALL said they would have to "**go hard**" and "**blitz**" them from the back or "**wait at they spot**," because it was the "**only way for sure kill sum**."  HICKMAN replied, "**Hit me wen u ready**."  HALL said he would be bringing his "**30clip**"— which investigators know to be a reference to a gun with an extended, 30-round magazine—and he asked HICKMAN to bring "**9 shells**"—which investigators know to be a reference to 9mm caliber ammunition.

29.     On May 22, 2016, HICKMAN advised the group that included HALL, WILLIAMS, PINSON, and MILHOUSE that he saw some of the BGF members at a particular location on Lexington Street.  HALL asked what they were wearing.  HICKMAN indicated that "Al" (*i.e.*, Pittman) had on a "**blue jacet**"[5] and that he had just moved to Vine Street.

<u>Non-Fatal Shooting of David Greenwood and Anthony Owens</u>

30.     On June 23, 2016, at approximately 9:03 p.m., members of BPD responded to a shooting in the 800 block of West Lexington Street in the Lexington Terrace neighborhood.  At the scene, officers located two victims—Anthony Owens, who was suffering from a gunshot wound to his right ankle, and David Greenwood, who was suffering from a gunshot wound to his right calf.  CW-1 provided information about this shooting to investigators.  CW-1 stated that HICKMAN and WILLIAMS carried out the shooting at HALL's direction as a way to move up

---

[5]     The spelling of words like "jacket" as "jacet," and "fuck" as "fuc," are examples of how the Crips avoid using the letters "ck" in succession.

the ranks in the ETG Crips.  CW-1 explained that the intended target of the shooting was Albert Pittman.  CW-1 also indicated that JOHNSON knew in advance that the shooting was going to take place.

31.     BPD investigators interviewed an eyewitness (hereinafter CW-2), who provided information that corroborated CW-1's account.[6]  CW-2 identified photographs of Pittman and Brown and said that they were in a group of drug dealers who ran from the gunmen.  CW-2 stated that CW-2 saw a guy with a big, black revolver.  CW-2 described the shooter as a black male, about six feet in height, with a slim build and dark skin—which is roughly consistent with HICKMAN.

32.     CW-1's testimony is also corroborated by a recorded jail call that took place two days after the shooting, on June 25, 2016, at approximately 8:42 p.m.  The jail call was from POWELL, who was incarcerated at the Maryland Correctional Training Center, to HALL at telephone number (443) 604-6904.   In the call, POWELL asked whether HALL still had his "foot on the gas" and was "**keep[ing] pressure on them bitch ass niggas**."  HALL advised POWELL that "Chizzle" (*i.e.*, HICKMAN) had "**hit the gas**" the other day and got his "**feet wet**."  HALL bragged: "**That's the type of shit that happen when niggas be around me. . . . He didn't turn that shit down.  His first little move, for real**."  POWELL responded that if he were not in jail, he would be "**hitting the gas on niggas too right now**."  HALL later said that "Gooz" and "Jug" (*i.e.*, Alvin JOHNSON) had "**hit the gas with Chizz**" and "**put some work in**," adding "**I put niggas on the move**."  Based on their training and experience, and the context of the conversation, investigators believe that HALL was talking about the shooting of Greenwood and Owens.

---

[6]      Investigators do not know of any criminal convictions for CW-2.  CW-2's information is consistent with other evidence in the case, and investigators believe CW-2's information is reliable.

Specifically, HALL was letting POWELL know that HICKMAN, JOHNSON, and others had carried out the shooting at HALL's direction, and had done so in an attempt to retaliate against the rival BGF members ("them bitch ass niggas").

33.     Shyheim Brown also discussed the shooting in a recorded jail call with an inmate named Dejune Hicks on June 24, 2016 at 7:35 a.m. (the morning after the shooting).  Hicks referred to Brown by his nickname, "Shy," repeatedly during the call.  Brown excitedly told Hicks that he was with "Al" and "David" the day before when they were shot at ("Niggas came through flocking. Boom! Boom! Boom!").  Brown explained that the "old man got hit" (believed to be a reference to Anthony Owens, who was 59 years old at the time), and that "D" got hit in his leg (believed to be a reference to David Greenwood).  Brown also said that Pittman had his son, "Baby Al," with him out there, to which Hicks replied, "You know niggas ain't got no remorse."

Murder of Shyheim Brown/Non-Fatal Shooting of Tyrone Newby and Larry Moore

34.     On November 11, 2016, at approximately 11:22 a.m., members of BPD again responded to a shooting at the 800 block of West Lexington Street in Baltimore, Maryland.  At the scene, officers found Shyheim Brown unresponsive in front of 843 West Lexington Street.  He was suffering from a gunshot wound to his chest, and was pronounced dead within the hour.  Near Brown, officers found Tyrone Newby suffering from a gunshot wounds to his leg.  On the other side of Lexington Street from Brown and Newby, officers found Larry Moore suffering from a gunshot wound to his buttocks.  Investigators recovered thirteen .30 caliber shell casings and eight projectiles from the 800 block of W. Lexington Street.

35.     Key evidence of the murder comes from FORDHAM's cell phone.  As discussed above, on June 20, 2017, DEA investigators arrested FORDHAM and recovered an Apple iPhone from his person.  The phone was searched pursuant to a state search warrant issued by Judge T.

Murphy of the District Court of Maryland for Baltimore City on July 19, 2017. The phone contained numerous text messages between FORDHAM and HALL's telephone number (443) 604-6904, which was saved under the contact name "tru…baccwest." The phone also contained photographs of FORDHAM and HALL making ETG Crips gang signs together.

36.     On November 1, 2016, ten days before the murder, HALL and FORDHAM exchanged texts about the beef with members of BGF in Lexington Terrace. HALL told FORDHAM he was working on obtaining "**pics**" of a "**monkey from down terrace**" named "donney" who was "locked up." HALL lamented that "David Johnson" was also incarcerated, but vowed to "**roc his lil homies**." HALL added, "**Only 3 of em lef out here n they clowns**." HALL then sent FORDHAM a photo of Shyheim Brown, Dejune Hicks, and Tyrone Newby and referred to them as the "**lor monkeys**" who were "**lef down der from they circle**." FORDHAM asked whether "**we goin 47 yo ?**" HALL replied, "**Yea . . . bout clean them up**." Based on the investigation so far, investigators know that members of the ETG Crips commonly refer to members of BGF as "monkeys"—a play on the "Guerilla" in "Black Guerilla Family." Investigators also know that "47" is an ETG Crips code word for murder—a play on the "47" in "AK-47." Investigators believe that in this conversation, HALL was telling FORDHAM that there were only three members of the rival BGF gang left in the Lexington Terrace neighborhood, and that HALL was planning to "clean them up" or kill them.

37.     On November 11, 2016, at 11:46 a.m.—just twenty-five minutes after the murder of Shyheim Brown and nonfatal shooting of Tyrone Newby and Larry Moore—HALL sent FORDHAM a series of text messages saying, "**Jus bashed the monkeys**," and "**I jus gave them problems down der nap bashing solo**." When Fordham asked "**Anybody get it?**" HALL replied, "**I'm the napp basher**" and "**Wasn't exspecting [sic] me be out early lmGCao [laughing my**

16

**Gangster Crip ass off].**"  HALL then sent Fordham a photo of an article about the murder, titled "**Triple shooting in Poppleton claims one life, wounds 2 others**."  Based on the investigation so far, investigators know that "nap" is another derogatory term for members of BGF used by the ETG Crips.  Investigators believe that in this conversation, HALL was bragging to FORDHAM that he had just killed Shyheim Brown and wounded two others, and that their BGF rivals were not expecting HALL to be out shooting at them so early in the morning.

38.    Investigators also obtained information about the murder from an eyewitness (hereinafter, "CW-3").[7]  CW-3 was in the neighborhood at the time of the murder and observed a black male shooting out of the front passenger side of an older-model Honda that was either black or dark blue.  CW-3 provided a physical description of the shooter that matched HALL.  CW-3 learned from others in the neighborhood that the same person who killed Shyheim Brown had also killed Albert Pittman earlier that year.[8]

39.    BPD homicide investigators recovered surveillance footage of the murder from several cameras in view of the 800 block of West Lexington Street.  One camera angle showed a black male, consistent in physical appearance with HALL, hanging out the front passenger-side window of a black sedan, holding what appeared to be a pistol in his right hand, travelling eastbound, away from where Brown's body was found.  A second camera angle provided a clear

---

[7]    Investigators do not know of any criminal convictions for CW-3.  CW-3's information is consistent with other evidence in the case, and investigators believe CW-3's information is reliable.

[8]    Although it is beyond the scope of this warrant, there is strong evidence that HALL murdered Albert Pittman in the 4800 block of Midline Road on July 18, 2016.  For instance, cell site location data establishes that HALL's cell phone with number (443) 604-6904 hit off the closest cell phone tower to the murder scene just minutes before the murder occurred.

image of the subject vehicle as a black Honda sedan with dark tinted windows and distinctive metallic rims with blacked-out center pieces.

40.     The black Honda sedan matches a vehicle featured in an ETG Crips music video on YouTube, and known to be driven by FOSTER.  The music video is titled "K-Life Fuss FT C-Rackz State Facts," and it was posted to YouTube by "klife ent 3700" on or about June 9, 2017. The video features FOSTER rapping alongside other members of the Baccwest ETG Crips, including HALL and PINSON, some of whom flash ETG Crips gang signs and wads of cash.[9] The video also flashes several times to a black Honda sedan with dark tinted windows and the same distinctive metallic rims with blacked-out center pieces.

41.     The video reveals a partial license plate for the black Honda as a Maryland state war of 1812 plate with "4CM42."   By reviewing law enforcement databases, investigators determined that FOSTER had received three traffic citations in Maryland since October 2017 while operating a black 2013 Honda Accord sedan with Maryland license plate 4CM4270 and vehicle identification number ("VIN") 1HGCR2F3XDA135228.  Investigators queried Maryland license plate 4CM4270 through the Maryland Motor Vehicle Administration, which revealed that the registered owner of the vehicle from August 22, 2016 through August 31, 2018 was a Trinise Scruggs at 9547 Clocktower Lane, Columbia, Maryland.  Based on their training and experience,

---

[9]     In the video, FOSTER alludes to a specific person who testified against MILHOUSE in his state murder trial.  The chorus includes the line, "**Nigga told on my brother . . . I'm gonna kill his pussy ass and I mean that**."  In May 2018, FOSTER exchanged Instagram messages with HALL regarding that witness's whereabouts.  After FOSTER told HALL that the witness was living in a particular neighborhood, HALL instructed FOSTER to obtain more "info for the way [to] fuc [the witness]."  In January 2019, FOSTER continued using Instagram to threaten the witness by posting copies of police reports that documented the witness's statements to detectives. In a comment around the time of the post, FOSTER wrote: "**IM NOT TAKING SHIT DOWN HE WAS MY DOG BUT HE TURNED STATE**."

investigators know that individuals involved in criminal activity commonly register vehicles in the name of girlfriends or other family members in an effort to thwart law enforcement.

42.     On September 21, 2020, investigators conducted surveillance at 9547 Clocktower Lane, Columbia, Maryland (*i.e.*, **Subject Residence 3**).  Investigators observed, parked in front of **Subject Residence 3**, a black Honda sedan with the same distinctive rims from the surveillance footage of the murder and the "State Facts" YouTube video.  Investigators observed a black male resembling FOSTER enter **Subject Residence 3** in a manner consistent with using a key to enter the residence. Investigators identified the license plate of the black Honda at **Subject Residence 3** as Virginia license plate UTV4438 (*i.e.*, **Subject Vehicle 3**).

43.     Investigators queried Virginia license plate UTV4438 through the Virginia Department of Motor Vehicles, which revealed that it is associated with the same vehicle with VIN 1HGCR2F3XDA135228, and the registered owner is the same Trinise Scruggs at 9547 Clocktower Lane, Columbia, Maryland.  The current registration for **Subject Vehicle 3** was issued in December 2018 and expires in December 2020.

44.     Based on the foregoing evidence, investigators believe that FOSTER's vehicle, **Subject Vehicle 3**, was used as the getaway vehicle in the murder of Brown and non-fatal shooting of Moore and Newby on November 11, 2016.  Given that the surveillance footage indicates that the shooter (HALL) was sitting in the front passenger seat of the vehicle, investigators believe that FOSTER may have been driving the vehicle while HALL fired shots out the window.  Investigators also believe that FOSTER has continued to operate **Subject Vehicle 3** since August of 2016.

**Violent Feud with Abington Avenue Drug Trafficking Organization in Baltimore Hilton Neighborhood**

45.     Based on information from multiple cooperating witnesses, and corroborated by Instagram and cell phone evidence, investigators know that in roughly 2017, the Baccwest ETG

19

Crips became embroiled in a violent feud with a rival drug trafficking organization over a drug "shop" at the Sunoco gas station located at the intersection of W. Baltimore Street and N. Hilton Avenue. The rival drug trafficking organization has ties to Abington Avenue, just east of the Sunoco gas station, whereas the Baccwest ETG Crips have ties to Benkert Avenue, just west of the Sunoco gas station. Since 2017, members of the Baccwest ETG Crips conspired to murder members of the Abington Avenue drug trafficking organization, both to solidify the gang's dominance over drug sales at the Sunoco gas station, and to retaliate against the Abington Avenue drug trafficking organization for the July 17, 2017 murder of ETG Crips member Maurice Finney, a/k/a "Mitch."[10] Members of the Abington Avenue drug trafficking organization include, but are not limited to, Christopher HOCKADAY, a/k/a "Hock," a/k/a "Hop"; Theron MCCLARY, a/k/a "Booby"; Cortez WEAVER, a/k/a "Corty"; Martinae WEAVER, a/k/a "Fat Cat"; and Brandon RICHARDSON, a/k/a "Bizzle."

46.     The information provided by cooperators has been corroborated by a wealth of evidence from Trayvon HALL's iPhone recovered on July 31, 2019, as well as Instagram messages between members of the Baccwest ETG Crips.

47.     For instance, on April 14, 2018, there was a direct message conversation between FOSTER (using Instagram account "fussofthecity") and HALL (using Instagram account "baccwest_tru"). The following messages were exchanged:

| HALL: | Ain't nobody hear nuffin else bout them fuc niggas who shot each other ain't none of em die ? |
|---|---|
| FOSTER: | Naw dey both Spose to be good but this nigga sent me a request hours after he got hit |

---

[10]     The Mitch FINNEY murder was prosecuted as part of a separate case. On February 27, 2020, Cortez WEAVER, a/k/a "Corty," pled guilty to discharging a firearm in furtherance of a drug trafficking crime, resulting in the death of Mitch FINNEY, in violation of 18 U.S.C. § 924(j). *See United States v. Cortez Weaver*, RDB-19-0144.

| | |
|---|---|
| HALL: | Who |
| FOSTER: | [sends screenshot of "follow" request from Instagram user whose profile picture consists of several photographs of an individual known to investigators as Allen SHAW, a/k/a "Jazz"] |
| FOSTER: | Blocked him but now I kinda think he was tryna give up info Idk |
| HALL: | Shoulda seen way he had say he hit shorty he ain't goin neva forgive him off that he might wanna serve him up |
| HALL: | That's crazy tho he pose got hit in the head n leg |
| FOSTER: | Yea but at the time I ain't no shit but he got hit.N I ain't know who did it u know wat I was thinking 3x ☺☺☺☺☺☺ |
| HALL: | Yea they shot each other he pose got hit in head n leg n bizzle the neck |
| FOSTER: | Yea I know now but at the time I didn't….said Fat cat took the gun off bizzle n shot Jazz |

48.     Based on my training, experience, and the investigation to date, I believe that in this conversation, HALL and FOSTER were discussing a shooting that occurred on April 13, 2018 in the 3200 block of Phelps Lane, near the intersection of Baltimore Street and Hilton Avenue. The victims of the shooting were Allan SHAW, a/k/a "Jazz," and Brandon RICHARDSON, a/k/a "Bizzle."  Based on information from confidential sources, SHAW and RICHARDSON are both members of the Abington Avenue drug trafficking organization and rivals to the Baccwest ETG Crips.  FOSTER explained that shortly after the shooting, SHAW attempted to "follow" him on Instagram.  Both FOSTER and HALL surmised that SHAW may have been attempting to "give up info" about RICHARDSON and "serve him up"—*i.e.*, set up RICHARDSON to be shot or killed by the Baccwest ETG Crips.

Murder of Steven McKnight/Non-Fatal Shooting of Joe Gibson

49.     On July 6, 2018, officers from the Baltimore Police Department responded to a shooting at 30 North Abington Avenue in Baltimore, Maryland.  At the scene, officers found Steven McKnight unresponsive with gunshot wounds to his stomach.  McKnight was later

pronounced dead.  Officers determined that a second shooting victim, Joe Gibson, had been transported to the hospital by a citizen.

50.     Investigators interviewed a witness (hereinafter, "CW-4") who saw the shooting on July 6, 2018.[11]  CW-4 told investigators that CW-4 was on Abington Avenue with a group of people shooting dice and saw a big white SUV or truck drive past. When the white vehicle neared the group shooting dice, CW-4 saw HALL firing a gun from the passenger side window of the white SUV/truck. CW-4 recalled that HALL was wearing a blue bandana over part of his face. CW-4 was able to identify HALL, however, because CW-4 recognized HALL's eyes, facial hair, and the shape of his head.  CW-4 believed that there were two additional people inside the white SUV/truck at the time of the shooting and that one of them may have been Deontae EMMONS, a/k/a "Tip."[12]

51.     BPD homicide investigators recovered surveillance footage from a camera outside a liquor store in view of North Abington Avenue.  Consistent with CW-4's testimony, the footage showed that a white SUV drove southbound on North Abington Avenue around the time of the shooting.  The white SUV had several distinctive characteristics, including headlights, tail lights, chrome door handles, and a double sun-roof.

52.     Other evidence indicates that the white SUV used in the McKnight murder belonged to Keith PINSON.  Specifically, law enforcement databases reveal that PINSON received two traffic warnings in Maryland for illegal window tinting on June 4, 2018 and May 2, 2019, while operating a white 2009 GMC Acadia bearing Maryland license plate 30914CH and

---

[11]     CW-4 has criminal convictions for drug distribution and second-degree assault.  CW-4's information has been corroborated by other evidence in the case, and investigators believe CW-4 to be reliable.

[12]     EMMONS was a member of the Baccwest ETG Crips but was killed in May 2020.

VIN 1GKEV23D89J180468.   A query for VIN 1GKEV23D89J180468 revealed that the associated vehicle is a 2009 GMC Acadia SLT-1 AWD.  Investigators also queried the Maryland Motor Vehicle Administration for Maryland license plate 30914CH, which revealed that the registered owner for the vehicle was PINSON, and that the vehicle bears VIN 1GKEV23D89J180468.  The registration expired on December 16, 2019.

53.     Investigators obtained a 2009 GMC Acadia brochure and stock photos in order to identify the features associated with the 2009 GMC Acadia SLT-1 AWD package.  Based on the brochure and images, investigators determined that the headlights, tail lights, chrome door handles, and double sun roof of the white SUV seen in the surveillance footage from the McKnight murder are consistent with features of the 2009 GMC Acadia SLT-1 AWD package.   In addition, in October 2018, PINSON posted a video to his Instagram account "kgotti83" that showed PINSON and EMMONS standing next to a white SUV consistent with a 2009 GMC Acadia.

54.     Investigators also found text messages in HALL's Apple iPhone between HALL and FOSTER that are of relevance to the McKnight murder and the vehicle used in the murder. The text messages were between HALL and phone number (410) 717-2353, which was saved under the contact name "Foster."   On January 15, 2019, HALL asked FOSTER to send him a photograph of "**the kid courty**"—*i.e.*, Cortez WEAVER, the member of the Abington Avenue organization who had killed ETG Crips member Mitch Finney.  FOSTER replied that he had been "trying for a while" to get one.  FOSTER later sent HALL a blurry photograph of Cortez WEAVER.  Later, on February 5, 2019, HALL directed FOSTER to "**push fin n jug**" (i.e., Ronnie FINNEY and JOHNSON) to "**put in . . . work**."   Based on their training and experience, and the context of the conversation, investigators believe that HALL was directing FOSTER to pressure Ronnie FINNEY and JOHNSON to carry out acts of violence to avenge Mitch Finney's death.

23

FOSTER responded, "**Shit I hit Gotti [*i.e.*, PINSON] yesterday to take me threw myself but he sid [sic] not in his wheels cause he already scored in them**."  HALL suggested that FOSTER get a ride from Ronnie FINNEY, HICKMAN, or WILLIAMS instead.  Based on their training and experience, and the context of the conversation, investigators believe that FOSTER was telling HALL that he had tried to get PINSON to drive him through Abington Avenue in an attempt to commit retaliatory violence against members of the Abington Avenue organization, but that PINSON did not want to drive his vehicle (*i.e.*, the white 2009 GMC Acadia), since it had already been used to commit the murder of McKnight.

55.     Based on the foregoing evidence, investigators believe that PINSON's white 2009 GMC Acadia was used to commit the murder of Steven McKnight and non-fatal shooting of Joe Gibson on July 6, 2018.  Given that CW-4 stated that HALL was sitting in the front passenger seat of the vehicle, and the wording of FOSTER's text message ("he sid not in his wheels cause *he already scored in them*"), investigators believe PINSON was likely driving the vehicle while HALL shot out of the window.

## Additional Evidence of the Target Subjects' Involvement in the Racketeering Conspiracy from HALL's iPhone and Instagram Accounts[13]

56.     HALL's iPhone and Instagram accounts also contained numerous other messages with the **Target Subjects** implicating them in attempts to commit retaliatory violence against members of the Abington Avenue organization, as well as in the acquisition, possession, and sale of illegal firearms in furtherance of the ETG Crips.

---

[13]     In this section, as throughout the affidavit, investigators interpret slang-filled and coded terminology based on their training and experience, their knowledge of ETG Crips terminology, and the context of the conversations.

57.     For instance, on October 24, 2018, HALL exchanged text messages with telephone number (443) 917-9811, saved under the contact "Gotti"—known to be Keith PINSON.  HALL asked PINSON if he knew anyone interested in buying "the 17"—which, based on context, investigators know to be a reference to a Glock 17 handgun.[14]  PINSON indicated that he did know someone and asked "how much u wanted."  HALL indicated he would sell the gun for "5"—which investigators believe to be a reference to $500.

58.     On November 25, 2018, HALL exchanged text messages with a contact saved as "C."  HALL made arrangements to have "Fin" (*i.e.*, Ronnie FINNEY) pick up a "slammer" (*i.e.*, a gun) from "C" at the Burger King on Washington Boulevard.

59.     On December 29, 2018, HALL (using account "hatian_tru") exchanged Instagram messages with Alvin JOHNSON (using account "juglex_83") as well as Ronnie FINNEY, HICKMAN, PINSON, and FOSTER.  In the text exchange, JOHNSON made plans to meet up with members of the group that night and said that he would be "**bringing my 40**."  Based on their training and experience, and the context of the conversation, investigators believe that JOHNSON was telling the group that he would be bringing his .40 caliber firearm with him.

60.     On January 12, 2019, HALL exchanged text messages with telephone number (410) 258-5132, saved under the contact "Fin"—known to be Ronnie FINNEY.  FINNEY sent HALL a photograph of an AR-15-style firearm and indicated that he could purchase it for $1200 from an individual known as "Scrappy."  HALL replied, "**Man lol let's take dat**"—which investigators believe to be a suggestion that they rob "Scrappy" of the weapon instead.  HALL later added, "**Okill we need that he easy money**."

---

[14]     The same day, HALL sent a text message to "Ash"—believed to be his girlfriend, Ashley David, saying, "I'm have sell my slammer."  Investigators know that "slammer" is a commonly used street term for a gun.

61.     On January 24, 2019, HALL and FINNEY exchanged text messages in which they discussed enlisting the help of another Crips set to help "**clean up**" "**the A**."   Based on their training and experience and the context of the conversation, investigators believe that HALL and FINNEY were talking about enlisting the help of the other Crips set to shoot and kill their rivals on Abington Street.

62.     On February 6, 2019, FOSTER sent HALL text messages indicating that he was looking for a "**Jim Rod**" (believed to be a reference to a gun) so he could "**get something done**." On February 8, 2019, FOSTER said he was planning to "**slip out**" and that he was taking "**Fin**" (*i.e.*, Ronnie FINNEY) with him.   HALL encouraged FOSTER to "**be confident**," telling him he "**would have the upper hand**" because "**them boys scared an off point**" and "**not exspecting [sic] it**."   HALL added: "**jus[t] think wat I would do** . . . **make niggs respect that same energy u gave me to hit the terrace give them no turning bac[k] it's all [a]bout energy**."   Based on their training and experience, and the context of the conversation, investigators believe that FOSTER was telling HALL that he (FOSTER) and Ronnie FINNEY were preparing to try to shoot at the gang's rivals on Abington Street.   HALL replied by pumping FOSTER up to make a kill, likening the situation to a time when FOSTER gave HALL energy to commit violence in Lexington Terrace (likely referring to the murder of Shyheim Brown and nonfatal shooting of Tyrone Newby and Larry Moore, discussed above).   Later, FOSTER reported that Abington was a ghost town.   HALL suggested that FOSTER park in a particular spot behind the Sunoco gas station and "**have somebody give word**" when the opportune moment arose.   FOSTER indicated that he had been trying to get some people from the neighborhood to serve as lookouts.   HALL told FOSTER to tell them "**we got a band for the info**"—*i.e.*, $1000 for information about their targets' whereabouts.   FOSTER agreed and then said, "**Deleting these messages now**."

26

63.     On February 16, 2019, FINNEY sent HALL text messages indicating that he had threatened to use a gun on an individual named "Fry," whom investigators know to be a member of the Abington Avenue organization.  Specifically, FINNEY said: "[H]e seen the jiffy his dumb ass was shaking in his boots I was gonna slap him wit[h] that bitch but he was pleading Lik[e] a bitch."

64.     On March 30, 2019, HALL and Ronnie FINNEY exchanged text messages about HALL's "hammer"—which investigators know to be a reference to a gun.  FINNEY told HALL that HALL needed to come pick it up (i.e., the gun) because FINNEY was "not tryna be riding all ova" with it.

65.     On May 20, 2019, Ronnie FINNEY sent HALL a text message with a photograph of a .40 caliber Taurus handgun and indicated that he could buy the weapon for $750.  HALL said he needed some more "40 rounds"—i.e., rounds of .40 caliber ammunition.

### Recent Instagram Activity Demonstrating the Target Subjects' Continued Membership in ETG Crips

66.     All six of the Target Subjects have continued to identify themselves as members of the ETG Crips in publicly available Instagram posts viewed recently by investigators.

67.     On September 17, 2020, investigators reviewed publicly available material on Keith PINSON's Instagram account with username "kgotti83."  (As noted above, investigators previously obtained a search warrant for this account, which was issued by Judge Gesner on February 22, 2019.)  On August 27, 2020, PINSON posted a photograph of himself sitting in a car holding up three fingers—which investigators know to be an ETG Crips gang sign (the three is a reference to the "Tray" in Eight Tray Gangster Crips).  On September 4, 2020, PINSON again posted a photograph of himself holding up three fingers to represent the ETG Crips.  In addition, the number "83" in PINSON's username is a reference to the ETG Crips.

68.     On September 17, 2020, investigators reviewed publicly available material on Ronnie FINNEY's Instagram account with the username "finneyxfinney."  (Based on the Instagram ID number, investigators know that this is the same account FINNEY previously used under username "mitch_3rdst_way," and for which investigators previously obtained a search warrant issued by Judge Gesner on February 22, 2019.)  Although the contents of this account are private, the profile page is still visible.  The profile picture is a photograph of Ronnie FINNEY holding up three fingers, which investigators know to be an ETG Crips gang sign. Under the photograph, the tagline includes the words "ForevaMiTCh," which is a reference to FINNEY's brother Mitch Finney, who, as discussed above, was murdered on July 17, 2017.  Next to this tagline, there are two emoji fingers pointing towards a blue heart, which investigators know to be an ode to the ETG Crips gang.

69.     On September 17, 2020, investigators reviewed publicly available material on Alvin JOHNSON's Instagram account with username "juglex_83." (Investigators previously obtained a search warrant for this account, which was issued by Judge Gesner on December 9, 2019.)  The profile picture was a photograph of JOHNSON holding a wad of cash.  The tagline included emojis referring to the ETG Crips, including a blue heart, and images of a pair of hands holding up three fingers.  In addition, the number "83" in JOHNSON's username is a reference to the ETG Crips.

70.     On September 17, 2020, investigators reviewed publicly available material on Donnell FOSTER's Instagram account with username "fussofthecity."  (As noted above, investigators previously obtained a search warrant for this account, which was issued by Judge Gesner on February 22, 2019.)   On July 19, 2020, FOSTER posted a photograph of himself

holding up three fingers, which investigators know to be an ETG Crips gang sign.  An ETG Crips tattoo of the numbers "83" was also visible on FOSTER's hand in this photograph.

71.     On September 17, 2020, investigators reviewed publicly available material on Daran HICKMAN's Instagram account with username "1hb_chizz."  The profile picture was a photograph of HICKMAN, and, as discussed above, "Chizz" is HICKMAN's alias.  On August 3, 2020, HICKMAN posted an image of a blue bandana, the blue Georgetown "G" logo, and a hand holding up three fingers—all references to the ETG Crips.  The caption for the photograph said, "Nappy 3day to All the Tr83yz Across da World ASM #Bdubzzz."  Investigators know that this post was an ode to "Tray Day," which is celebrated by ETG Crips members on August 3 (8/3) each year, and that the hashtag "Bdub" was a reference to the Baccwest ETG Crips.

72.     On September 17, 2020, investigators reviewed publicly available material on Marcus WILLIAMS' Instagram account with username "Humblebeast_GC."  (Based on the Instagram ID number, and the Instagram search warrant returns for the other **Target Subjects'** accounts listed above, investigators know that this is the same account WILLIAMS previously used under username "humble_keeway."  In addition, as discussed above, "GC" is WILLIAMS' alias.)  The account was set to "private"; however, the profile page was still visible.  The profile picture was a photograph of Trayvon HALL.  The tagline underneath included the words "FREE TRAY"[15] followed by emojis of ETG Crips gang signs.  On October 1, 2020, investigators observed that WILLIAMS' username had been changed to "1hb_gc."  However, the Instagram page still included the tagline "FREE TRAY" followed by emojis of ETG Crips gang signs.

---

[15]     As discussed above, HALL was arrested on July 31, 2019.  He pled guilty to possession of a firearm by a felon and is now serving a 30-month sentence in the Bureau of Prisons.  *See United States v. Trayvon Hall*, RDB-19-0355.

## SUBJECT PREMISES

### Keith PINSON and Subject Residence 1/Subject Vehicle 1

73.     On May 11, 2020, investigators conducted surveillance in the vicinity of apartment building at 5709 Chinquapin Parkway in Baltimore, Maryland, which investigators believe is the residence of Keith PINSON.  Investigators observed a navy-blue Volvo SUV with Maryland license plate 39571CJ (*i.e.*, **Subject Vehicle 1**) parked in front of building 5709. Investigators queried the Maryland Motor Vehicle Administration for Maryland license plate 39571CJ, which revealed that the registered owner of the **Subject Vehicle 1** is PINSON.

74.     On September 21, 2020, investigators conducted surveillance in the vicinity of apartment building 5709 Chinquapin Parkway in Baltimore, Maryland. At approximately 10:00 p.m., investigators observed **Subject Vehicle 1** park on Chinquapin Parkway, in close proximity to building 5709.  Investigators saw a black male resembling PINSON carry a small child up the steps to the front door of building 5709.  At the door, the black male resembling PINSON appeared to use a key to enter the exterior door of the building. After PINSON entered the building, investigators observed the lights blink and the mirrors fold in on **Subject Vehicle 1**.

75.     In September of 2020, a subpoena was served to the Baltimore Gas and Electric Company ("BGE") to determine the responsible parties for utilities at **Subject Residence 1**.  The subpoena return indicated that Dominique Knight was the account holder listed for 5709 Chinquapin Parkway, Apartment C ("**Subject Residence 1**").   Investigators believe Knight is PINSON's girlfriend based on publicly available Instagram photographs.

76.     In May 2020, a subpoena was served to WPM Real Estate Management, the operator of Yorkewood Apartments where 5709 Chinquapin Parkway is located.  The subpoena return indicated that Dominique Knight was the occupant of **Subject Residence 1**.

77.     Based on the foregoing evidence, investigators believe that PINSON resides at **Subject Residence 1**, and that PINSON is the owner and operator of **Subject Vehicle 1**, which he parks within close proximity to building 5709 where **Subject Residence 1** is located, because that is his residence.

## Marcus WILLIAMS and Subject Residence 2/Subject Vehicle 2

78.     On May 11, 2020, investigators conducted surveillance in the vicinity of 3917 Annellen Road in Baltimore, Maryland (*i.e.*, **Subject Residence 2**), which investigators believe is the residence of Marcus WILLIAMS.  Investigators observed a black KIA sedan with Maryland license plate 2DJ2709 (*i.e.*, **Subject Vehicle 2**) parked on the parking pad located at the rear of **Subject Residence 2**.  Investigators queried the Maryland Motor Vehicle Administration for Maryland license plate 2DJ2709, which revealed that the registered owner of **Subject Vehicle 2** was WILLIAMS.

79.     Investigators reviewed surveillance footage taken on September 20, 2020 from a camera in view of the rear of **Subject Residence 2**.  At approximately 7:30 p.m., investigators observed a black sedan, matching the description of **Subject Vehicle 2**, park on the parking pad in the rear of **Subject Residence 2**.  Investigators observed a black male resembling WILLIAMS exit **Subject Vehicle 2**.  The black male resembling WILLIAMS wandered around **Subject Vehicle 2** and opened and closed multiple doors for approximately five minutes. The black male resembling WILLIAMS walked back towards and into the back door of **Subject Residence 2**. **Subject Vehicle 2** remained in the same location until approximately 9:42 a.m. on September 21, 2020, when the black male resembling WILLIAMS exited the rear of **Subject Residence 2** and entered **Subject Vehicle 2** with two minor children.

80.     On September 21, 2020, investigators conducted surveillance in the vicinity of **Subject Residence 2**.  At approximately 10:44 p.m., investigators observed that **Subject Vehicle 2** was parked on the south side of Annellen Road, in front of **Subject Residence 2**.

81.     Based on the foregoing evidence, investigators believe that WILLIAMS resides at **Subject Residence 2** and that he is the owner and operator of **Subject Vehicle 2**, which he parks within close proximity to **Subject Residence 2**, along Annellen Road or on the parking pad located in the rear of **Subject Residence 2**, because that is his residence.

**Donnell FOSTER and Subject Residence 3/Subject Vehicle 3**

82.     On May 12, 2020, at approximately 5:10 P.M., investigators conducted surveillance in the vicinity of 9547 Clocktower Lane in Columbia, Maryland (*i.e.*, **Subject Residence 3**), which investigators believe is the residence of Donnell FOSTER.   At approximately 6:15 p.m., investigators observed a black Honda sedan with Virginia license plate UTV4438 (*i.e.*, **Subject Vehicle 3**) travelling eastbound on Clocktower Lane, in the direction of **Subject Residence 3**. Investigators were able to see a black male resembling FOSTER driving **Subject Vehicle 3**. Investigators observed **Subject Vehicle 3** park in a reserved parking spot in front of **Subject Residence 3**. The black male resembling FOSTER exited Subject Vehicle 3 and entered **Subject Residence 3** in a manner consistent with using a key to enter the residence.

83.     As previously mentioned in this affidavit, on September 21, 2020, at approximately 4:40 p.m., investigators again conducted physical surveillance in the vicinity of **Subject Residence 3**.  At approximately 4:57 p.m., investigators again observed a similar sequence of events to what occurred on May 12, 2020.  Specifically, investigators observed **Subject Vehicle 3** park in front of **Subject Residence 3** and a black male resembling FOSTER enter **Subject Residence 3** in a manner consistent with using a key to enter the residence.

84.     As previously mentioned in this affidavit, investigators queried Virginia license plate UTV4438 through the Virginia Department of Motor Vehicles, which revealed that **Subject Vehicle 3** is registered to Trinise Scruggs at 9547 Clocktower Lane, Columbia, Maryland.  Scruggs is known by investigators to be FOSTER's girlfriend.

85.     Based on the foregoing evidence, investigators believe that FOSTER resides at **Subject Residence 3** and that he operates of **Subject Vehicle 3**, which he parks in front of **Subject Residence 3**, because that is his residence.

**Daran HICKMAN and Subject Residence 4/Subject Vehicle 4**

86.     On May 12, 2020, at approximately 6:45 p.m., investigators conducted physical surveillance in the vicinity of 1409 Filbert Street in Baltimore, Maryland, which investigators believed to be the residence of Daran HICKMAN.  Investigators observed a black Nissan Altima with Maryland license plate 9DJ6697 parked on the south side of Filbert Street, in line with 1409 Filbert Street.  Investigators queried the Maryland Motor Vehicle Administration for Maryland license plate 9DJ6697, which revealed that the registered owner of the vehicle was HICKMAN.

87.     On May 18, 2020, at approximately 4:07 p.m., investigators again conducted a physical surveillance in the vicinity of 1409 Filbert Street in Baltimore, Maryland. At approximately 4:42 p.m., investigators observed the black Nissan Altima with Maryland license plate 9DJ6697 travel eastbound on Filbert Street and park on the south side of Filbert Street, in line with 1409 Filbert Street. A black male resembling HICKMAN exited the driver side of the Nissan Altima, retrieved a child from the passenger side of the vehicle, and walked up the steps to 1409 Filbert Street.

88.     In May 2020, a subpoena was served to BGE to identify the responsible party for the gas and electric bill for 1409 Filbert Street.  The return from BGE showed that 1409 Filbert

33

Street was split into two locations, 1st Floor and 2nd Floor. The party listed as responsible for BGE utilities on the 2nd Floor was Kelsey Nunez, who is known to investigators to be HICKMAN's girlfriend.

89.     In September 2020, a second subpoena was served to BGE.  The return from BGE showed that as of August 2020, Kelsey Nunez was no longer the responsible party for the gas and electric bill for 1409 Filbert Street, 2nd Floor.  Accordingly, investigators believe that Nunez and HICKMAN moved to a different location after May 2020.  Another subpoena was served to BGE for the current address associated with Nunez's gas and electric bills.  The return showed that Nunez's residential utilities has been switched to 2920 Grantley Avenue in Baltimore, Maryland (*i.e.*, **Subject Residence 4**).

90.     On September 24, 2020, at approximately 1:38 p.m., investigators conducted physical surveillance in the vicinity of **Subject Residence 4**.  Investigators observed a black GMC Terrain with Maryland license plate 8EG7429 (*i.e.*, **Subject Vehicle 4**) parked on the north side of Grantley Avenue, in close proximity to **Subject Residence 4**.  Investigators queried the Maryland Motor Vehicle Administration for Maryland license plate 8EG7429 (*i.e.*, **Subject Vehicle 4**), which revealed that the registered owner was HICKMAN, with an effective date of August 15, 2020.

91.     On September 27, 2020, at approximately 12:53 p.m., investigators again conducted physical surveillance in the vicinity of **Subject Residence 4**.  Investigators observed **Subject Vehicle 4** parked on the north side of Grantley Avenue in close proximity to **Subject Residence 4**.

92.     On September 29, 2020, at approximately 5:57 a.m., investigators again conducted physical surveillance in the vicinity of **Subject Residence 4**.  Investigators observed **Subject**

**Vehicle 4** parked on the north side of Grantley Avenue in close proximity to **Subject Residence 4**. At approximately 9:53 a.m., investigators observed a black male resembling HICKMAN walk out the front of **Subject Residence 4**, enter **Subject Vehicle 4**, and drive away from the residence.

93.     Based on the foregoing evidence, investigators believe that HICKMAN resides at **Subject Residence 4** with Nunez, and that HICKMAN is the owner and operator of **Subject Vehicle 4**, which he parks in close proximity to **Subject Residence 4**, because that is his residence.

**Ronnie FINNEY and Subject Residence 5/Subject Vehicle 5**

94.     On May 18, 2020, at approximately 8:00 p.m., investigators conducted physical surveillance in the vicinity of 331 Congressional Court in Glen Burnie, Maryland, which investigators believed to be the residence of Ronnie FINNEY. Investigators observed a white Ford Focus with Virginia license plate UKC6312 in a parking spot labeled as being reserved for "331" in front of 331 Congressional Court. Several parking spaces down, investigators observed a black Saturn VUE with Virginia license plate ULZ9374 (*i.e.*, **Subject Vehicle 5**) in an unmarked parking spot.

95.     Investigators queried Virginia license plates ULZ9374 (*i.e.*, **Subject Vehicle 5**) and UKC6312 through the Virginia Department of Motor Vehicles, which revealed that the registered owner of Virginia license plate ULZ9374 (*i.e.*, **Subject Vehicle 5**) was FINNEY. The registered owner of Virginia license plate UKC6312 was Chamia Harcum, known to investigators to be FINNEY's fiancé, with a home address of 331 Congressional Court.

96.     On June 4, 2020, at approximately 4:10 p.m., investigators conducted physical surveillance in the vicinity of 331 Congressional Court. Investigators observed **Subject Vehicle 5** backed into the parking spot assigned to "331," in front of 331 Congressional Court, with an unidentified black male sitting in the driver's seat with the seat leaned back. Although investigators

could not positively identify the black male in the driver's seat of **Subject Vehicle 5**, investigators believe that the driver was FINNEY because he is the registered owner of **Subject Vehicle 5**.

97.     On several occasions in September 2020, investigators conducted surveillance in the area of 331 Congressional Court but did not see FINNEY or **Subject Vehicle 5**.   Accordingly, investigators concluded that FINNEY had moved to a different location.   Investigators queried **Subject Vehicle 5** through the license plate reader database, and determined that **Subject Vehicle 5** was stationary, on August 11, 2020 at approximately 7:41 a.m., in the alley behind the 1100 block of Braddish Avenue, Baltimore, Maryland.

98.     On September 30, 2020, at approximately 3:37 p.m., investigators conducted surveillance in the area of Benkert Avenue and S. Caton Avenue, which is known to be an area that FINNEY frequents.   Investigators observed **Subject Vehicle 5** parked on Benkert Avenue. Investigators later observed FINNEY driving **Subject Vehicle 5** out of the area.

99.     At approximately 4:42 p.m. on September 30, 2020, investigators conducted surveillance in the area of 1132 Braddish Avenue (*i.e.*, **Subject Residence 5**), believed to be FINNEY's new residence.   Investigators observed **Subject Vehicle 5** back up into a parking spot at the rear of the building in the 1100 block of Braddish Avenue.   Investigators observed FINNEY exit **Subject Vehicle 5**, walk up to a back door at the rear of the building, and use a key to enter the door.   Investigators then confirmed that the door FINNEY entered was 1132 Braddish Avenue (*i.e.*, **Subject Residence 5**).

100.     A subpoena was served to BGE to identify the responsible party for the utilities at **Subject Residence 5**.   The subpoena return indicated that the account holder for **Subject Residence 5** was Ronnie Cornelius Finney with a date of birth of February 17, 1950, whom investigators believe is FINNEY's father.

36

101.    Based on the foregoing evidence, investigators believe that FINNEY resides at **Subject Residence 5**, and that FINNEY is the owner and operator of **Subject Vehicle 5**, which he parks in close proximity of **Subject Residence 5**, because that is his residence.

**Alvin JOHNSON and Subject Residence 6/Subject Vehicle 6**

102.    On September 27, 2020, at approximately 1:15 p.m., investigators conducted surveillance in the area of the apartment complex at 900 Woodson Road, Baltimore, Maryland, which they believed to be the residence of Alvin JOHNSON.  Investigators observed a black male resembling JOHNSON walk from a white Ford truck with Maryland license plate 4AX5824 that was parked on the sidewalk in front of 900 Woodson Road, and enter the front of the building. JOHNSON left the tailgate and rear passenger door open.  Investigators then observed JOHNSON loading items into the truck bed.  At approximately 2:38 p.m., investigators observed the white Ford truck pull out of the apartment complex onto Woodson Road, and they saw that there was furniture loaded into the truck bed.  Investigators also observed that the white Ford truck was followed by a black Toyota Venza with Maryland license plate 1EE7486 (*i.e.*, **Subject Vehicle 6**). Investigators queried Maryland license plate 1EE7486 through the Maryland Department of Motor Vehicles, which revealed that the registered owner of **Subject Vehicle 6** is Shakara Pleasant, who is known to be the girlfriend of JOHNSON.

103.    Based on this surveillance, investigators concluded that JOHNSON and Pleasant moved out of 900 Woodson Road to a new residence. A subpoena was served the BGE whom returned that Pleasant's gas and electric bills switched from 900 Woodson Road, Apt. F, Baltimore, Maryland, to 3711 Ridgecroft Road, Baltimore, Maryland (*i.e.*, **Subject Residence 5**).

104.    On September 29, 2020, investigators conducted surveillance in the area of **Subject Residence 5**, which they believed to be the new residence of JOHNSON and Pleasant.   At

approximately 5:17 p.m., they observed a black female resembling Pleasant exit the front door of **Subject Residence 5**, stand on the front porch, and later reenter the residence.  At approximately 6:03 p.m., investigators observed a black male resembling JOHNSON drive down Ridgecroft Road in **Subject Vehicle 6** and park on the west side of the street in front of **Subject Residence 6**. JOHNSON exited **Subject Vehicle 6**, walked up the front steps of **Subject Residence 6**, and entered the residence.

105.    On October 1, 2020, investigators reviewed surveillance footage from a camera in view of the front of **Subject Residence 6**.  At approximately 11:59 a.m., investigators observed JOHNSON, wearing a black hoodie, black hat, and green pants, exit the front door of **Subject Residence 6** and let a dog out as he exited. At approximately 12:58 p.m., investigators observed JOHNSON carrying tools and equipment into **Subject Residence 6**.  At approximately 1:06 p.m., investigators observed JOHNSON, wearing the same green pants but without the black hoodie and hat, sitting on the front porch of **Subject Residence 6** with another unknown black male.

106.    Based on the foregoing evidence, investigators believe that JOHNSON resides at **Subject Residence 6**, and that JOHNSON operates **Subject Vehicle 6**, which is registered to his girlfriend, Pleasant.

## CONCLUSION

107.    Based upon the information set forth in this affidavit, there is probable cause to believe that the **Subject Premises** contain evidence of racketeering conspiracy, in violation of 18 U.S.C. § 1962(d), by Keith PINSON, Marcus WILLIAMS, Donnell FOSTER, Daran HICKMAN, Ronnie FINNEY, and Alvin JOHNSON.  Specifically, investigators believe that the **Subject Premises** will contain evidence of the **Target Subjects**' affiliation with the ETG Crips and of the racketeering conspiracy—for instance, gang paperwork, gang paraphernalia such as blue bandanas

and apparel with the Texas Rangers "T" or Georgetown Hoyas "G" logo, documentation regarding potential witnesses against the gang, and cell phones and electronic devices containing records of text messages and Instagram activity discussing the ETG Crips and acts of violence carried out in furtherance of the ETG Crips.

108.    WHEREFORE, in consideration of the facts presented, I respectfully request that this Court issue a search warrants for the **Subject Premises**, as described in Attachments A-1 through A-12, for the purpose of seizing the items particularly described in Attachment B.

Respectfully submitted,

Francisco M. Rego
Special Agent, Federal Bureau of Investigation

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. P. 4.1 and 41(d)(3) on October ___5___, 2020.

The Honorable Thomas M. DiGirolamo
United States Magistrate Judge

## **ATTACHMENT A-1**

### **Location to be Searched**

The dwelling known as 5709 Chinquapin Parkway, Apartment C, Baltimore, Maryland 21212.  The exterior of the building is a brick apartment building. The residence has a blue door with glass in the center.  The numbers "5709" appear on the blue awning above.



## ATTACHMENT A-2

## Location to be Searched

The dwelling known as 3917 Annellen Road, Baltimore, Maryland 21215.  The exterior of the building is a brick townhome with an adjacent home on the right. The residence has a security door with the numbers "3917" next to the door, above the mailbox.



## ATTACHMENT A-3

## Location to be Searched

The dwelling known as 9547 Clocktower Lane, Columbia, Maryland 21046.  The exterior of the building is a white paneled townhome with an adjacent home on the left.  The residence has a glass door with a red door behind it.  The numbers "9547" appear next to the door.



## ATTACHMENT A-4

## Location to be Searched

     The dwelling known as 2920 Grantley Avenue, Baltimore, Maryland 21215.  The exterior of the building is a brick townhome with adjacent homes on the left and right.  The residence has a white door with the numbers "2920" above the door.



## ATTACHMENT A-5

## Location to be Searched

The dwelling known as 1132 Braddish Avenue, Baltimore, Maryland 21216.  The exterior of the building is a brick townhome with adjacent homes on the left and right.  The residence has a white door with the numbers "1132" above the door.



## ATTACHMENT A-6

### Location to be Searched

The dwelling known as 3711 Ridgecroft Road, Baltimore, Maryland 21206.  The exterior of the building is a brick townhome with an adjacent home on the left.  The residence has a glass door in front, with a red door behind it.  The numbers "3711" appear next to the door, above the mailbox.



1:20-mj-2511 to -2522 TMD

**ATTACHMENT A-7**

**Vehicle to be Searched**

A blue Volvo SUV with Maryland License Plate 39571CJ, known to be registered to and operated by Keith PINSON.

## **ATTACHMENT A-8**

### **Vehicle to be Searched**

A black Kia sedan with Maryland License Plate 2DJ2709, known to be registered to and operated by Marcus WILLIAMS.

## **ATTACHMENT A-9**

**Vehicle to be Searched**

A black Honda sedan with Virginia License Plate UTV4438, known to be operated by Donnell FOSTER.

**ATTACHMENT A-10**

**Vehicle to be Searched**

A black GMC Terrain with Maryland License Plate 8EG7429, known to be registered to and operated by Daran HICKMAN.

## **ATTACHMENT A-11**

### **Vehicle to be Searched**

A black Saturn VUE with Virginia License Plate ULZ9374, known to be registered to and operated by Ronnie FINNEY.

1:20-mj-2511 to -2522 TMD

**ATTACHMENT A-12**

**Vehicle to be Searched**

A black Toyota Venza with Maryland License Plate 1EE7486, known to be operated by Alvin JOHNSON.

## ATTACHMENT B

### Items to be Seized

1.      Books, records, receipts, notes, ledgers, images, letters, envelopes, and other papers indicative of association with the Crips gang.

2.      Indicia of occupancy, residency, and ownership of the **Subject Residence**, including, but not limited to, utility and telephone bills, canceled envelopes, and keys.

3.      Cell phones, computers, tablets, or other electronic communications devices that can be used to access Instagram.  Investigators intend to apply for a separate warrant to search any such devices in the event they are seized.

4.      Apparel indicative of association with the Crips gang, including, but not limited to, apparel with the Texas Rangers "T" logo, apparel with the Georgetown University "G" logo, blue bandanas, or gray bandanas.

5.      Records, images and items revealing relationships between the **Target Subjects** and their known and unknown co-conspirators, including but not limited to, (a) photographs depicting the **Target Subjects** with their known and unknown co-conspirators, (b) photographs depicting evidence of racketeering activity involving the Target Subjects and/or their known and unknown co-conspirators, and (c) address and/or telephone books, or papers reflecting names, addresses, telephone numbers or pager numbers indicating relationships among the **Target Subjects** and their known and unknown co-conspirators.


If the government identifies any seized communications that may implicate the attorney-client privilege, law enforcement personnel will discontinue its review and take appropriate steps to segregate all potentially privileged information so as to protect it from substantive review. The investigative team will take no further steps regarding any review of information so segregated absent further order of the court. The investigative team may continue to review any information not segregated as potentially privileged.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF SIX RESIDENCES AND SIX VEHICLES FURTHER DESCRIBED IN ATTACHMENTS A-1 THROUGH A-12 | Case No. _____1:20-mj-2511 to -2522 TMD_____<br><br>**Filed Under Seal** |

**GOVERNMENT'S MOTION TO SEAL**

Comes now the United States of America, by and through its Attorneys, Robert K. Hur, United States Attorney for the District of Maryland and Christina A. Hoffman, Assistant United States Attorney for said District, and hereby moves this Honorable Court for an Order sealing the search warrants and related application materials in this matter, and in support thereof states:

1.    On or about October 5, 2020, United States Magistrate Judge Thomas M. DiGirolamo issued search warrants authorizing the search of six residences and six vehicles. These warrants were supported by the applications and affidavit of Special Agent Francisco M. Rego of the FBI.

2.    Agent Rego's applications and affidavit contain information regarding an ongoing investigation racketeering conspiracy, in violation of 18 U.S.C. § 1962(d); and other offenses. The targets of the search warrants are not aware of the investigation against them or scope of the evidence against them.   The appearance in the public record of the applications, the affidavit, or the search warrants themselves, could create safety issues for law enforcement officers or cooperating witnesses in this matter.   It could also lead the targets of the investigation to destroy or tamper with evidence or witnesses, or otherwise jeopardize the ongoing investigation.

3.    To seal an affidavit for a search warrant, the government must demonstrate that: (1) there is a compelling government interest requiring materials to be kept under seal and (2) there is

no less restrictive means, such as redaction, available.   *In re Search Warrants Issued on April 26, 2004*, 353 F. Supp. 2d 584 (D. Md. 2004).

4.     The procedures for sealing are set forth in *Baltimore Sun Co. v. Goetz*, 886 F.2d 60 (4th Cir. 1989).   "The judicial officer may explicitly adopt the facts that the government presents to justify the sealing . . . ."   *Id.* at 65.   This motion and the Court's reasons for sealing should also be sealed.   *Id.*   Notice of the sealing is required, but the notice requirement is satisfied by the docketing of the order sealing the documents.   *Id.*

WHEREFORE, the government respectfully requests that the search warrants, applications, and affidavit, along with this motion and the Court's reasons for sealing, be sealed until further order of this Court.

Respectfully submitted,

Robert K. Hur
United States Attorney

By: *Christina A. Hoffman*
Christina A. Hoffman
Assistant United States Attorney
36 South Charles Street
Baltimore, Maryland 21201
410-209-4800

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF SIX RESIDENCES AND SIX VEHICLES FURTHER DESCRIBED IN ATTACHMENTS A-1 THROUGH A-12** | **Case No.** <u>1:20-mj-2511 to -2522</u> TMD<br><br>**Filed Under Seal** |

## <u>ORDER</u>

Upon review of the Motion of the United States of America, the Court hereby adopts the Government's proffer of the reasons for sealing as presented therein, and it is hereby **ORDERED** that the applications and affidavit submitted in support of the search warrants in this matter, the warrants issued thereunder, and the motion to seal, shall be **SEALED** until further order of this court.

It is further **ORDERED** that the Clerk of the Court provide a copy of this Order to the United States Attorney's Office.

Dated: October <u>5</u>, 2020.

The Honorable Thomas M. DiGirolamo
United States Magistrate Judge

AO 106A  (08/18)  Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>the Premises Known as 5709 Chinquapin Parkway, Apt.<br>C, Baltimore, Maryland 21212 | )<br>)<br>)<br>)  Case No.   1:20-mj-2511 TMD<br>)<br>) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A-1 (incorporated by reference)

located in the _____ District of _____ Maryland _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1962(d) | Racketeering conspiracy |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Francisco M. Rego, Special Agent, FBI
_____
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: 10/5/2020

Judge's signature

City and state:  Baltimore, Maryland

The Hon. Thomas M. DiGirolamo, U.S. Magistrate Judge
_____
*Printed name and title*

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means     ❑ Original          ❑ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No.  1:20-mj-2511 TMD |
| the Premises Known as 5709 Chinquapin Parkway, | ) | |
| Apt. C, Baltimore, Maryland 21212 | ) | |
| | ) | |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____
*(identify the person or describe the property to be searched and give its location)*:                                          Maryland

See Attachment A-1 (incorporated by reference)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference)

**YOU ARE COMMANDED** to execute this warrant on or before _____October 19, 2020_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ❑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Duty U.S. Magistrate Judge_____ .
                                                                                                 *(United States Magistrate Judge)*

❑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❑ for _____ days *(not to exceed 30)*   ❑ until, the facts justifying, the later specific date of _____ .

Date and time issued:  10/5/2020 1:30PM          *Thomas M. DiGirolamo*
                                                                          *Judge's signature*

City and state:  Baltimore, Maryland                The Hon. Thomas M. DiGirolamo, U.S. Magistrate Judge
                                                                          *Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>1:20-mj-2511 TMD | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

| **Certification** |
|---|

     I declare under penalty of perjury that this inventory is correct and was returned electronically along with the warrant to the designated judge pursuant to Fed. R. Crim. P. 4.1 and 41(f)(1)(D).

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

AO 106A  (08/18)  Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>the Premises Known as 3917 Annellen Road, Baltimore,<br>Maryland 21215 | )<br>)<br>)<br>)<br>)<br>) |

Case No.   1:20-mj-2512 TMD

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A-2 (incorporated by reference)

located in the _____ District of _____ Maryland _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1962(d) | Racketeering conspiracy |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Francisco M. Rego, Special Agent, FBI

*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: 10/5/2020

*Judge's signature*

City and state:  Baltimore, Maryland

The Hon. Thomas M. DiGirolamo, U.S. Magistrate Judge

*Printed name and title*

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means

❏ Original          ❏ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No.   1:20-mj-2512 TMD |
| the Premises Known as 3917 Annellen Road, Baltimore, Maryland 21215 | ) ) ) | |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ Maryland
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-2 (incorporated by reference)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference)

**YOU ARE COMMANDED** to execute this warrant on or before _____ October 19, 2020 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ❏ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Duty U.S. Magistrate Judge _____ .
*(United States Magistrate Judge)*

❏ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

❏ for _____ days *(not to exceed 30)*   ❏ until, the facts justifying, the later specific date of _____ .

Date and time issued:   *10/5/2020 1:30PM*          *Thomas M. DiGirolamo*
                                                                                    *Judge's signature*

City and state:   Baltimore, Maryland _____   The Hon. Thomas M. DiGirolamo, U.S. Magistrate Judge
                                                                                    *Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>1:20-mj-2512 TMD | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned electronically along with the warrant to the designated judge pursuant to Fed. R. Crim. P. 4.1 and 41(f)(1)(D).

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

AO 106A  (08/18)  Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br><br>the Premises Known as 9547 Clocktower Lane,<br>Columbia, Maryland 21046 | )<br>)<br>)<br>)<br>)<br>)    Case No.    1:20-mj-2513 TMD |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A-3 (incorporated by reference)

located in the _____ District of _____Maryland_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

  ☑ evidence of a crime;

  ☑ contraband, fruits of crime, or other items illegally possessed;

  ☑ property designed for use, intended for use, or used in committing a crime;

  ☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1962(d) | Racketeering conspiracy |

The application is based on these facts:

  ☑ Continued on the attached sheet.

  ❒ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Francisco M. Rego, Special Agent, FBI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date:   10/5/2020

_____
*Judge's signature*

City and state:   Baltimore, Maryland      The Hon. Thomas M. DiGirolamo, U.S. Magistrate Judge
*Printed name and title*

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means

❏ Original          ❏ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No.   1:20-mj-2513 TMD |
| the Premises Known as 9547 Clocktower Lane, | ) | |
| Columbia, Maryland 21046 | ) | |
| | ) | |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ Maryland
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-3 (incorporated by reference)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference)

**YOU ARE COMMANDED** to execute this warrant on or before _____ October 19, 2020 _____ *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.   ❏ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Duty U.S. Magistrate Judge _____ .
*(United States Magistrate Judge)*

❏ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

❏ for _____ days *(not to exceed 30)*   ❏ until, the facts justifying, the later specific date of _____ .

Date and time issued:   10/5/2020 1:30PM          *[signature]*

*Judge's signature*

City and state:   Baltimore, Maryland _____          The Hon. Thomas M. DiGirolamo, U.S. Magistrate Judge

*Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>1:20-mj-2513 TMD | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

| **Certification** |
|---|

     I declare under penalty of perjury that this inventory is correct and was returned electronically along with the warrant to the designated judge pursuant to Fed. R. Crim. P. 4.1 and 41(f)(1)(D).

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

AO 106A  (08/18)  Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No.   1:20-mj-2514 TMD |
| the Premises Known as 2920 Grantley Avenue, Baltimore, Maryland 21215 | ) ) ) | |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A-4 (incorporated by reference)

located in the _____ District of _____Maryland_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 1962(d) | Racketeering conspiracy |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Francisco M. Rego, Special Agent, FBI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date:  10/5/2020

*Judge's signature*

City and state:  Baltimore, Maryland     The Hon. Thomas M. DiGirolamo, U.S. Magistrate Judge
*Printed name and title*

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means

❑ Original          ❑ Duplicate Original

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br>the Premises Known as 2920 Grantley Avenue,<br>Baltimore, Maryland 21215 | )<br>)<br>)<br>)<br>)<br>) |

Case No.   1:20-mj-2514 TMD

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____
                                                                                                                    Maryland
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-4 (incorporated by reference)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference)

**YOU ARE COMMANDED** to execute this warrant on or before _____October 19, 2020_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ❑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Duty U.S. Magistrate Judge_____.
                                                                                                                *(United States Magistrate Judge)*

❑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❑ for _____ days *(not to exceed 30)*   ❑ until, the facts justifying, the later specific date of _____.

Date and time issued:   10/5/2020 1:30PM

*Judge's signature*

City and state:   Baltimore, Maryland

The Hon. Thomas M. DiGirolamo, U.S. Magistrate Judge
*Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>    1:20-mj-2514 TMD | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned electronically along with the warrant to the designated judge pursuant to Fed. R. Crim. P. 4.1 and 41(f)(1)(D).

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

AO 106A  (08/18)  Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>the Premises Known as 1132 Braddish Avenue,<br>Baltimore, Maryland 21216 | )<br>)<br>)<br>)<br>)<br>)  Case No.   1:20-mj-2515 TMD |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A-5 (incorporated by reference)

located in the _____ District of _____ Maryland _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1962(d) | Racketeering conspiracy |

The application is based on these facts:

☑ Continued on the attached sheet.

❑ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Francisco M. Rego, Special Agent, FBI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: 10/5/2020

_____
*Judge's signature*

City and state:  Baltimore, Maryland

The Hon. Thomas M. DiGirolamo, U.S. Magistrate Judge
*Printed name and title*

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means                ❏ Original                ❏ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>the Premises Known as 1132 Braddish Avenue,<br>Baltimore, Maryland 21216 | )<br>)<br>)<br>)<br>)<br>) |

Case No.   1:20-mj-2515 TMD

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ Maryland
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-5 (incorporated by reference)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference)

**YOU ARE COMMANDED** to execute this warrant on or before _____ October 19, 2020 _____ *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.   ❏ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Duty U.S. Magistrate Judge _____ .
*(United States Magistrate Judge)*

❏ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

❏ for _____ days *(not to exceed 30)*   ❏ until, the facts justifying, the later specific date of _____ .

Date and time issued:   10/5/2020 1:30PM                    *[Judge's signature]*
                                                            *Judge's signature*

City and state:   Baltimore, Maryland                     The Hon. Thomas M. DiGirolamo, U.S. Magistrate Judge
                                                          *Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>  1:20-mj-2515 TMD | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

**Certification**

     I declare under penalty of perjury that this inventory is correct and was returned electronically along with the warrant to the designated judge pursuant to Fed. R. Crim. P. 4.1 and 41(f)(1)(D).


Date: _____

                                       _____
                                                  *Executing officer's signature*

                                       _____
                                                    *Printed name and title*

AO 106A  (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>the Premises Known as 3711 Ridgecroft Road,<br>Baltimore, Maryland 21206 | )<br>)<br>)<br>)<br>)<br>) |

Case No.   1:20-mj-2516 TMD

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A-6 (incorporated by reference)

located in the _____ District of _____ Maryland _____ , there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B (incorporated by reference)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 1962(d) | Racketeering conspiracy |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Francisco M. Rego, Special Agent, FBI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date:   10/5/2020

_____
*Judge's signature*

City and state:   Baltimore, Maryland

The Hon. Thomas M. DiGirolamo, U.S. Magistrate Judge
*Printed name and title*

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means

❏ Original          ❏ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No.  1:20-mj-2516 TMD |
| the Premises Known as 3711 Ridgecroft Road, | ) | |
| Baltimore, Maryland 21206 | ) | |
| | ) | |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ Maryland
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-6 (incorporated by reference)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference)

**YOU ARE COMMANDED** to execute this warrant on or before _____ October 19, 2020 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ❏ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Duty U.S. Magistrate Judge _____ .
*(United States Magistrate Judge)*

❏ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❏ for _____ days *(not to exceed 30)*   ❏ until, the facts justifying, the later specific date of _____ .

Date and time issued: 10/5/2020 1:30 PM _____

_____
*Judge's signature*

City and state:  Baltimore, Maryland _____

The Hon. Thomas M. DiGirolamo, U.S. Magistrate Judge
*Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>  1:20-mj-2516 TMD | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

| **Certification** |
|---|

     I declare under penalty of perjury that this inventory is correct and was returned electronically along with the warrant to the designated judge pursuant to Fed. R. Crim. P. 4.1 and 41(f)(1)(D).

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

AO 106A  (08/18)  Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>a Blue Volvo SUV with Maryland License Plate 39571CJ | )<br>)<br>)<br>)<br>)<br>)    Case No.   1:20-mj-2517 TMD |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
See Attachment A-7 (incorporated by reference)

located in the _____ District of _____ Maryland _____ , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B (incorporated by reference)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1962(d) | Racketeering conspiracy |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Francisco M. Rego, Special Agent, FBI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: 10/5/2020

*Judge's signature*

City and state:  Baltimore, Maryland

The Hon. Thomas M. DiGirolamo, U.S. Magistrate Judge
*Printed name and title*

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means

❑ Original          ❑ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No.    1:20-mj-2517 TMD |
| a Blue Volvo SUV with Maryland License Plate | ) | |
| 39571CJ | ) | |
| | ) | |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ Maryland
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-7 (incorporated by reference)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference)

**YOU ARE COMMANDED** to execute this warrant on or before _____ October 19, 2020 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ❑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Duty U.S. Magistrate Judge _____ .
*(United States Magistrate Judge)*

❑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❑ for _____ days *(not to exceed 30)*   ❑ until, the facts justifying, the later specific date of _____ .

Date and time issued:   10/5/2020 1:30 PM           *Judge's signature*

City and state:   Baltimore, Maryland          The Hon. Thomas M. DiGirolamo, U.S. Magistrate Judge
*Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>   1:20-mj-2517 TMD | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

**Certification**

     I declare under penalty of perjury that this inventory is correct and was returned electronically along with the warrant to the designated judge pursuant to Fed. R. Crim. P. 4.1 and 41(f)(1)(D).

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

AO 106A  (08/18)  Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>a Black Kia Sedan with Maryland License Plate 2DJ2709 | )<br>)<br>)<br>)<br>)<br>)    Case No.  1:20-mj-2518 TMD |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A-8 (incorporated by reference)

located in the _____ District of _____ Maryland _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1962(d) | Racketeering conspiracy |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Francisco M. Rego, Special Agent, FBI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: 10/5/2020

_____
*Judge's signature*

City and state:  Baltimore, Maryland

The Hon. Thomas M. DiGirolamo, U.S. Magistrate Judge
*Printed name and title*

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means

❏ Original          ❏ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>a Black Kia Sedan with Maryland License Plate<br>2DJ2709 | )<br>)<br>)<br>)<br>)<br>)    Case No.    1:20-mj-2518 TMD |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____
                                                                                                                                          Maryland
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-8 (incorporated by reference)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference)

**YOU ARE COMMANDED** to execute this warrant on or before _____ October 19, 2020 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ❏ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Duty U.S. Magistrate Judge _____ .
                                                                                                                              *(United States Magistrate Judge)*

❏ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❏ for _____ days *(not to exceed 30)*   ❏ until, the facts justifying, the later specific date of _____ .

Date and time issued:  *10/5/2020 1:30PM*                                    *(signature)*
                                                                                                    *Judge's signature*

City and state:  Baltimore, Maryland                          The Hon. Thomas M. DiGirolamo, U.S. Magistrate Judge
                                                                                                    *Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>  1:20-mj-2518 TMD | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

| **Certification** |
|---|

     I declare under penalty of perjury that this inventory is correct and was returned electronically along with the warrant to the designated judge pursuant to Fed. R. Crim. P. 4.1 and 41(f)(1)(D).


Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

AO 106A  (08/18)  Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No.   1:20-mj-2519 TMD |
| a Black Honda Sedan with Virginia License Plate UTV4438 | ) ) ) | |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A-9 (incorporated by reference)

located in the _____ District of _____ Maryland _____ , there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B (incorporated by reference)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1962(d) | Racketeering conspiracy |

The application is based on these facts:

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Francisco M. Rego, Special Agent, FBI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: 10/5/2020

_____
*Judge's signature*

City and state:  Baltimore, Maryland

The Hon. Thomas M. DiGirolamo, U.S. Magistrate Judge
*Printed name and title*

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means

☐ Original        ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No.   1:20-mj-2519 TMD |
| a Black Honda Sedan with Virginia License Plate | ) | |
| UTV4438 | ) | |
| | ) | |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____
                                                                                                                                Maryland
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-9 (incorporated by reference)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference)

**YOU ARE COMMANDED** to execute this warrant on or before _____ *(not to exceed 14 days)*
                                                                                        October 19, 2020
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ .
                                                                                                                        Duty U.S. Magistrate Judge
                                                                                                                        *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: *10/5/2020 1:30PM*          *[signature]*
                                                                                    *Judge's signature*

City and state:  Baltimore, Maryland          The Hon. Thomas M. DiGirolamo, U.S. Magistrate Judge
                                                                        *Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>  1:20-mj-2519 TMD | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

**Certification**

     I declare under penalty of perjury that this inventory is correct and was returned electronically along with the warrant to the designated judge pursuant to Fed. R. Crim. P. 4.1 and 41(f)(1)(D).


Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

AO 106A  (08/18)  Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>a Black GMC Terrain with Maryland License Plate<br>8EG7429 | )<br>)<br>)  Case No.  1:20-mj-2520 TMD<br>)<br>)<br>) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A-10 (incorporated by reference)

located in the _____ District of _____Maryland_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 1962(d) | Racketeering conspiracy |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under
18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Francisco M. Rego, Special Agent, FBI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: 10/5/2020

_____
*Judge's signature*

City and state:  Baltimore, Maryland

The Hon. Thomas M. DiGirolamo, U.S. Magistrate Judge
*Printed name and title*

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means                    ❏ Original                    ❏ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*
a Black GMC Terrain with Maryland License Plate
8EG7429

)
)
)
)
)
)

Case No.     1:20-mj-2520 TMD

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ Maryland

*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-10 (incorporated by reference)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference)

**YOU ARE COMMANDED** to execute this warrant on or before _____ October 19, 2020 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ❏ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Duty U.S. Magistrate Judge _____.
*(United States Magistrate Judge)*

❏ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

❏ for _____ days *(not to exceed 30)*     ❏ until, the facts justifying, the later specific date of _____.

Date and time issued:   10/5/2020 1:30PM

_____
*Judge's signature*

City and state:   Baltimore, Maryland

The Hon. Thomas M. DiGirolamo, U.S. Magistrate Judge
*Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>1:20-mj-2520 TMD | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned electronically along with the warrant to the designated judge pursuant to Fed. R. Crim. P. 4.1 and 41(f)(1)(D).


Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

AO 106A  (08/18)  Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No.  1:20-mj-2521 TMD |
| a Black Saturn VUE with Virginia License Plate ULZ9374 | ) | |
| | ) | |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A-11 (incorporated by reference)

located in the _____ District of _____ Maryland _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1962(d) | Racketeering conspiracy |

The application is based on these facts:

☑ Continued on the attached sheet.

❏ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Francisco M. Rego, Special Agent, FBI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date:  10/6/2020

_____
*Judge's signature*

City and state:  Baltimore, Maryland

The Hon. Thomas M. DiGirolamo, U.S. Magistrate Judge
*Printed name and title*

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means

☐ Original          ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

District of Maryland

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*
a Black Saturn VUE with Virginia License Plate
ULZ9374

)
)
)
)
)
)

Case No.   1:20-mj-2521 TMD

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ Maryland
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-11 (incorporated by reference)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference)

**YOU ARE COMMANDED** to execute this warrant on or before _____ October 19, 2020 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Duty U.S. Magistrate Judge _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: 10/5/2020 1:30PM

*Judge's signature*

City and state:   Baltimore, Maryland

The Hon. Thomas M. DiGirolamo, U.S. Magistrate Judge
*Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>   1:20-mj-2521 TMD | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

**Certification**

      I declare under penalty of perjury that this inventory is correct and was returned electronically along with the warrant to the designated judge pursuant to Fed. R. Crim. P. 4.1 and 41(f)(1)(D).

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

AO 106A  (08/18)  Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>a Black Toyota Venza with Maryland License Plate<br>1EE7486 | )<br>)<br>)<br>)<br>)<br>) |

Case No.  1:20-mj-2522 TMD

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A-12 (incorporated by reference)

located in the _____ District of _____ Maryland _____ , there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B (incorporated by reference)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | | Offense Description |
|---|---|---|
| 18 U.S.C. 1962(d) | Racketeering conspiracy | |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Francisco M. Rego, Special Agent, FBI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date:  10/5/2020

_____
*Judge's signature*

City and state:  Baltimore, Maryland

The Hon. Thomas M. DiGirolamo, U.S. Magistrate Judge
*Printed name and title*

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means

☐ Original          ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No.   1:20-mj-2522 TMD |
| a Black Toyota Venza with Maryland License Plate | ) | |
| 1EE7486 | ) | |
| | ) | |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ Maryland _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-12 (incorporated by reference)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference)

**YOU ARE COMMANDED** to execute this warrant on or before _____ October 19, 2020 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Duty U.S. Magistrate Judge _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   *10/5/2020 1:30PM*        *[signature]*
                                                    *Judge's signature*

City and state:   Baltimore, Maryland        The Hon. Thomas M. DiGirolamo, U.S. Magistrate Judge
                                                    *Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>  1:20-mj-2522 TMD | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

| **Certification** |
|---|

      I declare under penalty of perjury that this inventory is correct and was returned electronically along with the warrant to the designated judge pursuant to Fed. R. Crim. P. 4.1 and 41(f)(1)(D).


Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*