## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.  CCB-19-00568** |
| | * | |
| **v.** | * | |
| | * | |
| **TRAYVON HALL,** | * | |
| | * | |
| **Defendant.** | * | |
| | ******* | |

USDC-BALTIMORE
'22 AUG 4 PM 3:38

### GOVERNMENT'S EXHIBIT LIST

| Exhibit No. | Description | Identification | Admitted |
|---|---|---|---|
| 1 | Search Warrants | 8/4/2022 | 8/4/2022 |
| 2 | Arrest Warrant – Trayvon Hall | 8/4/2022 | 8/4/2022 |
| 3 | Photo of Residence | 8/4/2022 | 8/4/2022 |
| 4 | Photo of Mitsubishi | 8/4/2022 | 8/4/2022 |
| 5 | Search Warrant Execution Log | 8/4/2022 | 8/4/2022 |
| 6 | Handwritten Document from Residence | 8/4/2022 | 8/4/2022 |
| 7 | Still Photo from Gun Range Video | 8/4/2022 | 8/4/2022 |
| 8 | Still Photo from Hall Instagram | 8/4/2022 | 8/4/2022 |
| 9 | Handwritten Letter from Mitsubishi | 8/4/2022 | 8/4/2022 |
| 10 | BPD Investigation Notes | 8/4/2022 | 8/4/2022 |
| 11 | Photo of Letter and BPD Notes as found | 8/4/2022 | 8/4/2022 |
| 12 | True State Gun Range Documents | 8/4/2022 | 8/4/2022 |