**ATTACHMENT A**
**STATEMENT OF FACTS**

*The undersigned parties stipulate and agree that, if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

The Eight Tray Gangster Crips, or "ETG" Crips, were a violent subset of the Crips gang that operated on the streets and in correctional facilities in Maryland and elsewhere. For many years, the ETG Crips controlled the drug trade in particular territories in Baltimore City, including the area around the intersection between West Baltimore Street and North Hilton Street in West Baltimore (the "Baltimore Hilton neighborhood"), the area around the intersection between West Lexington Street and North Fremont Avenue (the "Lexington Terrace neighborhood"), and the area around the intersection of Frankford Avenue and Sinclair Lane in North Baltimore (the "Frankford Sinclair neighborhood").

The ETG Crips originated in Los Angeles, California in the 1970s, and derived their name from 83rd Street, where they were formed. Within the ETG Crips, various cliques emerged corresponding to different neighborhoods in Los Angeles, such as the Baccwest ETG Crips in West Los Angeles and the Nutty North Side ETG Crips in North Los Angeles. Eventually, the ETG Crips spread throughout other states across the country, and they became prevalent in Maryland beginning in the 2000s. In Baltimore, the ETG Crips members from the Baltimore Hilton and Lexington Terrace neighborhoods referred to themselves as the Baccwest ETG Crips— modeling themselves after the Baccwest ETG Crips in Los Angeles. Similarly, ETG Crips members from the Frankford Sinclair neighborhood called themselves the Nutty North Side ETG Crips. ETG Crips members from different neighborhoods worked together cooperatively to engage in criminal activity and to avoid detection by law enforcement.

The acting leader of the Baccwest ETG Crips in Baltimore was the Defendant, Trayvon HALL, a/k/a "Tru," who was referred to as a "G" of the gang. In or about 2013, the Defendant flew to California to meet with West Coast leaders of the ETG Crips and gain their official approval for his Baccwest ETG Crips set in Baltimore.

The ETG Crips were organized hierarchically, with members climbing the ranks from "BG" (Baby Gangster), to "YG" (Young Gangster), to "G" (Gangster), to "OG" (Original Gangster), to "OOG" (Original Original Gangster), and so on.

ETG Crips members were required to follow certain rules of conduct. Members who violated these rules or who disobeyed an order from a superior were subjected to disciplinary measures called "sanctions," which ranged from fines to murder. Violations that were punishable by murder included "snitching" (*i.e.*, cooperating with law enforcement); "homosexuality"; and murdering a fellow Crip without a "greenlight" (*i.e.*, authorization and approval from the gang leadership). Other ETG Crips rules included: "Never drop your flag," "Respect all rank," "Never discuss Tray business with nobody but Trays," and "Never let anyone disrespect the set." ETG

1

Crips members enhanced their status within the gang by carrying out acts of violence against rivals and witnesses.

Prospective members of the ETG Crips were required to successfully complete an initiation process, which involved being sponsored by a senior member of the gang (referred to as a "Big Homie"), learning the history and rules of the gang, and reciting an oath of loyalty.

The ETG Crips operated street-level drug distribution "shops" in various locations in Baltimore City. These drug shops distributed heroin, cocaine, cocaine base (commonly known as "crack"), and marijuana, among other controlled substances. Non-members who attempted to sell drugs in the ETG Crips' territories were targeted for violence by ETG Crips members. The ETG Crips' primary drug shops were located in the Baltimore Hilton neighborhood (which the Baccwest ETG Crips considered to be their headquarters), the Lexington Terrace neighborhood, and the Franklin Sinclair neighborhood.

The ETG Crips used social media websites such as Instagram and YouTube to assert their claim to particular drug territories, intimidate rival gangs and witnesses against the gang, enhance the ETG Crips' status, and enhance individual members' status within the gang. Members of the ETG Crips posted photographs and rap videos to these social media websites in which they flaunted firearms and threatened to kill those who stood in the way of the gang.

The ETG Crips engaged in criminal activities in furtherance of the gang, including, but not limited to, acts involving murder, drug trafficking, assault, robbery, obstruction of justice, and witness intimidation and retaliation. By participating in criminal activities in furtherance of the gang, particularly violent acts directed by the ETG Crips leadership, ETG Crips members earned respect from fellow members and maintained or advanced their position within the gang.

The Defendant, Trayvon HALL, a/k/a "Tru," was the leader of the ETG Crips during the dates of the racketeering conspiracy. The Defendant agreed with members of the ETG Crips to conduct and participate in the gang's affairs through a pattern of racketeering activity that included

conspiracy to distribute controlled substances, possession with intent to distribute controlled substances, witness tampering, witness retaliation, robbery, and murder.

The Defendant agrees that the "Overt Acts" in which he is named in the Superseding Indictment represent an accurate sample of his activities in furtherance of the racketeering enterprise.

In particular, on August 10, 2009, within 3606 Old Frederick Road, Trayvon HALL possessed with intent to distribute cocaine and possessed a loaded 9mm Lorcin semi-automatic handgun with serial number L042040.

On February 12, 2010, within a vacant dwelling at 102 North Monastery Street, Trayvon HALL, Ronnie FINNEY, and several unindicted co-conspirators possessed with intent to distribute heroin that had been supplied to them by David JACKSON.

In or about 2013, Trayvon HALL traveled to Los Angeles, California to meet with leaders or "OGs" of the ETG Crips and gain their official approval for his Baccwest ETG Crips set in Baltimore.

On April 23, 2015, Trayvon HALL tested Keith PINSON about his knowledge of the ETG Crips. HALL sent PINSON a series of text messages asking: "Wat block u claim[?]" "What set u bang[?] and "Would u die for me ???" PINSON replied, "Eighty third an normandie, E.T.G. Eight Tray Gangster, u ain't even gotta ask dat gangster." PINSON told HALL he wanted to get the ETG gang paperwork so he could "study it like I want to."

On May 3, 2015, Trayvon HALL told Keith PINSON about a robbery he was planning with Marcus WILLIAMS. HALL explained that the target was "a monkey" (*i.e.*, a member of the Black Guerilla Family gang), and that HALL and WILLIAMS had "posted up down there today" and "they scared foreal."

On March 16, 2016, in the unit block of South Kossuth Street, Trayvon HALL, Donnell FOSTER, and an unindicted co-conspirator possessed with intent to distribute heroin, fentanyl, and cocaine, and possessed a 9mm caliber ATAK Arms Stalker M-2906 semi-automatic handgun with serial number 000094, ten rounds of 9mm caliber ammunition, $1,691 in U.S. currency, and $60 in counterfeit currency.

From in or about May 2016 through November 2016, Trayvon HALL, Daran HICKMAN, Marcus WILLIAMS, and Alvin JOHNSON conspired to murder members of the Black Guerilla Family (BGF) gang who operated a rival drug shop in the Lexington Terrace area of Baltimore, including **Albert Pittman**, **Shyheim Brown**, **Victim 4**, and **Victim 5**.

On May 18, 2016, Trayvon HALL told Daran HICKMAN, Marcus WILLIAMS, and Keith PINSON that killing a member of BGF, or a "J," was a prerequisite to membership in the ETG Crips: "to be a Tray u gotta bash a J that's how we rocking now." HALL asked the group for

pictures of their BGF targets. HICKMAN and WILLIAMS sent the group photos of **Albert Pittman**, **Shyheim Brown**, and **Victim 4**.

On May 18, 2016, Daran HICKMAN told Trayvon HALL, Marcus WILLIAMS, and Keith PINSON that he had his eyes on a particular target who was "out front his spot leanin n car peekn." HALL explained that PINSON had tried to "drill" some of the rival BGF members the night before. HALL added, "definitely need send sum fire today don't want them getting comfortable." Later, HALL asked WILLIAMS whether there was a way to approach the basketball court at Lexington Terrace from "behind." WILLIAMS replied that there was, and that he and an unindicted co-conspirator had done it before. HALL said they might be able to "catch them like that"—*i.e.*, catch the BGF members unawares by approaching the basketball court from behind. HALL asked WILLIAMS whether he was willing to "take [the] lead in a drill" that night. WILLIAMS replied in the affirmative.

On May 19, 2016, Daran HICKMAN told Trayvon HALL, Marcus WILLIAMS, and Keith PINSON that he had just seen "Al" (*i.e.*, **Albert Pittman**) and some of his associates off Cherry Blossom Way in Lexington Terrace. HALL asked, "How u keep seeing them but ain't no shotz fired[?]" HICKMAN replied, "Cant fire shots wit no strap [*i.e.*, gun] on me." WILLIAMS assured the others that it would get done; he just did not want to "Waste bullets" and "hit nuffn." HICKMAN added that he was looking for opportunities "everyday" and "wen I do wat I do it a be finished." HALL agreed: "it's not shooting to be shooting we shoot to kill."

On May 19, 2016, Trayvon HALL told Daran HICKMAN to ask a mutual acquaintance whether "he Willing to line Al up for me" (referring to **Albert Pittman**). HICKMAN said the acquaintance was willing to do it as long as they made sure to "finish" **Pittman**.

On May 20, 2016, Trayvon HALL advised Daran HICKMAN, Marcus WILLIAMS, and Keith PINSON that he had been shooting indiscriminately at anyone he thought might be affiliated with BGF in the Lexington Terrace area. HALL said: "I'm trying hit anything I see down der cause I don't kno who that [*i.e.*, BGF] n not so I'm jus rocking shit any chance I get so anybody y'all fuc wit tell them don't be out der cause when I get der I'm hitting anything." HALL and HICKMAN then made plans to meet up that night in order to drive through Lexington Terrace and attempt to kill BGF members. HALL said they would have to "go hard" and "blitz" them from behind because it was the "only way for sure kill sum." HICKMAN replied, "Hit me wen u ready." HALL said he would be bringing his "30clip" (a gun with an extended, 30-round magazine), and he instructed HICKMAN to find 9mm caliber ammunition.

On May 22, 2016, Daran HICKMAN advised Trayvon HALL, Marcus WILLIAMS, and Keith PINSON that he saw some of the BGF members at a particular location on Lexington Street. HALL asked what they were wearing. HICKMAN advised that **Albert Pittman** had on a blue jacket and that he had just moved to Vine Street. Approximately one month later, on June 23,

2016, members of the ETG Crips attempted to murder **Pittman** and **Brown,** but instead shot two bystanders, **Victim 6** and **Victim 7**. Both victims survived.

On July 18, 2016, Trayvon HALL murdered **Albert Pittman**, shooting him to death in the 4800 block of Midline Road. Within minutes after the murder, HALL sent a text message to an unindicted co-conspirator saying: "Check mate."

On November 1, 2016, Trayvon HALL and an unindicted co-conspirator discussed the ongoing rivalry with the "monkeys," *i.e.*, members of BGF, in Lexington Terrace. HALL lamented that **Victim 4** was incarcerated, but vowed to "roc his lil homies." He added, "Only 3 of em lef out here n they clowns." HALL then sent a photo of **Shyheim Brown** and **Victim 5**, referring to them as the "lor monkeys" who were "lef down der from they circle." The unindicted co-conspirator asked whether "we goin 47 yo ?"—Crips code for murder. HALL replied, "Yea . . . bout clean them up."

On November 11, 2016, in the 800 block of West Lexington Street, Trayvon HALL opened fire on members of the rival Black Guerilla Family gang, murdering **Shyheim Brown** and wounding **Victim 5** and **Victim 8**. Donnell FOSTER supplied his black Honda Accord as the getaway vehicle. Immediately after the murder, HALL sent an unindicted co-conspirator a series of text messages saying he had "Jus bashed the monkeys," and they "Wasn't exspecting [sic] me be out early lmGCao [laughing my Gangster Crip ass off]." HALL then sent a photo of an article about the murder, titled "Triple shooting in Poppleton claims one life, wounds 2 others."

On January 11, 2017, Trayvon HALL told a drug customer that he had a large quantity of marijuana for sale, and that he was selling "half babys" (a particular quantity of marijuana) for $30.

On April 21, 2017, Trayvon HALL asked an unindicted co-conspirator for ammunition for a gun. Later that day, HALL told Alvin JOHNSON, Ronnie FINNEY, Keith PINSON, and Daran HICKMAN that he (HALL) was trying to "napp bash today"—*i.e.*, kill members of BGF. JOHNSON and FINNEY both replied that they would be available later that day.

On May 18, 2017, Travon HALL and Keith PINSON conspired to sell a pound of marijuana for $2400.

On May 26, 2017, Trayvon HALL possessed with intent to distribute marijuana. HALL told a customer that he charged $225 for an ounce or $850 for a quarter pound, but he could offer better prices "depending who it's for."

On May 27, 2017, in a recorded telephone call, an unindicted co-conspirator told Trayvon HALL that he needed a "clip" (*i.e.*, a magazine) for an "AK" style firearm. HALL asked if the firearm was "like the one we got." The unindicted co-conspirator replied, "No, it's like an assault joint." HALL said he might know somebody who would have a magazine for the assault weapon.

The unindicted co-conspirator said he would send HALL a Google image of the type of firearm, rather than a photograph of the actual firearm, in order to evade police detection.

On June 1, 2017, in a series of recorded telephone calls, Trayvon HALL, Keith PINSON, and an unindicted co-conspirator conspired to murder **Victim 9** based on a belief that **Victim 9** had cooperated with law enforcement. HALL and the unindicted co-conspirator called **Victim 9** and accused him of "telling." **Victim 9** denied the accusation, saying there was no "paperwork" to prove it. In a subsequent call between HALL, PINSON, and the unindicted co-conspirator, PINSON said that **Victim 9** was a "rat," and that he (PINSON) had seen the paperwork proving it with his "own eyes." PINSON offered to get a copy of the paperwork if it would seal **Victim 9**'s fate: "If nig**s gonna smash [**Victim 9**] if I get it, I can get the paperwork." The unindicted co-conspirator told HALL that **Victim 9** was on "Jefferson [Street] and Curley [Street]," but there was too much police presence on the block for them to be able to kill Victim 9 "right there." HALL confirmed that PINSON was "about to go pick up that paperwork." HALL told the unindicted co-conspirator to bring **Victim 9** "to the B-Dub"—*i.e.*, to Baccwest ETG Crips territory.

On July 3, 2017, in the 300 block of Allendale Street, Trayvon HALL possessed with intent to distribute approximately 132 grams of marijuana and possessed a loaded .40 caliber Smith & Wesson semi-automatic handgun with an obliterated serial number.

Beginning in or about July 2017, the ETG Crips used force and violence to take over the drug market at the Sunoco gas station at the intersection of West Baltimore Street and North Hilton Street. As a result, the gang became embroiled in a dispute with members of a rival drug trafficking organization from nearby Abington Avenue, who wanted to continue selling drugs at the gas station. HALL directed the ETG Crips to use violence to retaliate against anyone who refused to respect the boundaries of their newly claimed turf.

On July 14, 2017, Christopher Hockaday and **Victim 12**—both members of the Abington Avenue drug trafficking organization—attempted to make a drug sale at the Sunoco gas station that the ETG Crips had claimed as their turf. When ETG Crips member Maurice Finney, a/k/a "Mitch," told them they could not sell their product there, Hockaday and **Victim 12** refused to back down. As a result, ETG Crips member Deontae Emmons shot Hockaday to death in the 3200 block of West Baltimore Street. Emmons was carrying out HALL's directive to use violence to retaliate against anyone who refused to respect the boundaries of the ETG Crips' drug turf.

On July 17, 2017, **Victim 13** and **Victim 12**—both members of the Abington Avenue drug trafficking organization—went to the Sunoco gas station for the purpose of retaliating against the ETG Crips. While there, **Victim 13** shot and killed Mitch Finney. After Mitch Finney's murder, Trayvon HALL instructed the ETG Crips to retaliate by killing any and all members of the Abington Avenue drug trafficking organization, whether or not they were involved in Finney's murder.

From in or about July 2017 through in or about July 2019, Trayvon HALL, Ronnie FINNEY, Donnell FOSTER, and Keith PINSON conspired to murder members of the Abington

Avenue drug trafficking organization, including **Victim 12**, **Victim 13**, **Victim 14**, and **Victim 15**, as retaliation for Mitch Finney's murder.

On August 25, 2017, Trayvon HALL sent a message to an unindicted co-conspirator who was incarcerated with **Victim 12**, one of the members of the Abington Avenue organization who had been involved in Mitch Finney's murder. HALL instructed the unindicted co-conspirator to "get [**Victim 12**] moved on"—*i.e.*, assaulted or killed.

On November 13, 2017, Trayvon HALL posted a photograph to Instagram that pictured HALL and Alvin JOHNSON making ETG Crips gang signs. HALL added a caption that served as a warning to anyone who might challenge the ETG Crips' dominance: "for ever[y] 1 we want 3"—in other words, for every one of their own that was killed, the ETG Crips would take three lives in retaliation.

On January 24, 2018, within 35 Brookebury Drive in Reisterstown, Maryland, Trayvon HALL possessed with intent to distribute over 500 grams of marijuana, as well as heroin, fentanyl, and cocaine, and possessed $2,900 in U.S. currency.

On April 14, 2018, Trayvon HALL and Donnell FOSTER discussed talking to a disgruntled member of the Abington Avenue drug trafficking organization in order to obtain intelligence about **Victim 14**. FOSTER said he thought the disgruntled member was "tryna give up info." HALL agreed that "he might wanna serve [**Victim 14**] up."

On May 9, 2018, Donnell FOSTER provided HALL with information regarding **Victim 10**, an individual who had previously cooperated with law enforcement against a member of the ETG Crips. FOSTER told HALL that **Victim 10** was living in a particular location in Baltimore City. HALL instructed FOSTER to obtain more "info for the way [to] fuc [**Victim 10**]."

On June 12, 2018, Trayvon HALL complained to Ronnie FINNEY that an unindicted co-conspirator had been hanging out on Abington Avenue with friends of **Victim 14**. FINNEY replied that the unindicted co-conspirator was "on kid terms" and did not understand things "our way." HALL made clear that if the unindicted co-conspirator was going to associate with the enemy, he should "make it worth something" and "line [**Victim 14**] up for us" or otherwise "get niggas some information." On June 23, 2018, HALL sent FINNEY photographs of the unindicted co-conspirator standing with **Victim 15** and asked how FINNEY could "be so close" to someone who affiliated with **Victim 14** and **Victim 15**. FINNEY replied that the unindicted co-conspirator was "jus young n dumb."

On June 24, 2018, Trayvon HALL informed Marcus WILLIAMS that a there was a $5,000 bounty on **Victim 17**'s head. HALL sent WILLIAMS a photograph of **Victim 17**. WILLIAMS asked whether it was an "OS"—*i.e.*, whether **Victim 17** should be killed "on sight." HALL replied, "Yeah." WILLIAMS replied, "Say less [emoji of OK sign]."

On July 6, 2018, Trayvon HALL opened fire on members of the Abington Avenue drug trafficking organization who were playing dice in the unit block of Abington Avenue, killing **Steven McKnight, a/k/a "Bo,"** and wounding **Victim 18**. HALL shot the victims from inside a

Rev. August 2018

7

white GMC Acadia that belonged to Keith PINSON. HALL used the same 9mm caliber firearm that had been used to kill another member of the Abington Avenue organization, **Theron McClary**, the previous summer. The day after the murder, HALL sent an Instagram message to Ronnie FINNEY with a link to a newspaper article about the murder. HALL also posted a photograph to his Instagram account depicting Mitch Finney making an ETG Crips gang sign, as well as the text, "Move in silence, Only speak When it's time to say Checkmate."

On January 12, 2019, Ronnie FINNEY sent Trayvon HALL a photograph of an AR-15 firearm and said he could purchase it for $1200 from a particular individual. HALL suggested that they rob the individual of the weapon instead, calling him "easy money."

On January 15, 2019, Trayvon HALL asked members of the ETG Crips if anyone had a photograph of **Victim 13**, the member of the Abington Avenue organization who had killed Mitch Finney. Donnell FOSTER said he had been "trying for a while" to get one. FOSTER later sent HALL a blurry photograph of **Victim 13**.

On February 5, 2019, Trayvon HALL instructed Donnell FOSTER to push Ronnie FINNEY and Alvin JOHNSON to "put in … work" to avenge Mitch Finney's death. FOSTER said he had asked Keith PINSON to drive him through Abington Avenue the day before, but PINSON did not want use "his wheels" because "he already scored in them"—a reference to PINSON's participation in the murder of **Steven McKnight**. HALL suggested getting a ride from FINNEY, Daran HICKMAN, or Marcus WILLIAMS instead.

On February 5, 2019, Trayvon HALL instructed Keith PINSON to "push" the other members of the gang to "drill"—*i.e.*, carry out acts of violence in furtherance of the gang. PINSON said he had already been talking to Ronnie FINNEY, Donnell FOSTER, and Alvin JOHNSON about "hittin da gas."

On February 6, 2019, Donnell FOSTER told Trayvon HALL that he was looking for a gun so he could "get something done." On February 8, 2019, FOSTER indicated that he was preparing to try to shoot at the gang's rivals on Abington Avenue and that he planned to bring Ronnie FINNEY with him. HALL encouraged FOSTER to be confident, telling him he "would have the upper hand" because the Abington Avenue crew was "not exspecting [sic] it." HALL tried to pump FOSTER up for the kill, telling him: "jus[t] think wat I would do" and "no turning bac[k] it's all [a]bout energy." Later, FOSTER reported that Abington was a ghost town. HALL told FOSTER he should lie in wait in a particular spot behind the Sunoco gas station and "have somebody give word" when the opportune moment arose. FOSTER said he had been trying to get some people from the neighborhood to serve as lookouts. HALL told FOSTER to offer $1,000 for information about their targets' whereabouts. FOSTER agreed and then said, "Deleting these messages now."

On February 10, 2019, Ronnie FINNEY told Trayvon HALL that someone had "locced eyes" with him when he rode past "the A" (*i.e.*, Abington Avenue). HALL told FINNEY that he had promised "a band" (*i.e.*, $1,000) to an individual in exchange for information about where to find the Crips' rivals on Abington Avenue. HALL said he planned to "push niggas out ASAP," adding that it was "disrespectful for nig\*\*s [to] be hanging out w[h]ere Mitch got killed." HALL

Rev. August 2018

bragged that clearing out Abington Avenue would be easier than the deadly shooting he had carried out at Lexington Terrace, saying: "this shit easier den the terrace chit they was holding they ground to[o] till I wild it out." HALL indicated that he was having trouble teaching the younger, less experienced members of the gang to be professionals, and that he was about to let them "be wild an[d] learn like I did" and "get that feeling an power from the slammer." HALL also warned that "if niggas ain't scoring" (*i.e.*, making kills), then they would "need [to] push em out the hood."

On February 15, 2019, Trayvon HALL criticized Ronnie FINNEY for not doing enough to avenge Mitch Finney's death. HALL warned: "niggas goin [to] kill one them niggas or be force[d] [to] try [to] kill me." FINNEY insisted that he had been doing his part, saying, "I've never said no to any moves niggaz went on." FINNEY reminded HALL that he had accompanied HALL on "that first joint"—referring to a previous act of violence—saying "yu can take all the cred . . . but my presen[ce] there woulda carried the same time as urs if shit went left."

On February 16, 2019, Ronnie FINNEY told Trayvon HALL that he had threatened an individual from the Abington Avenue drug trafficking organization with a gun. FINNEY said: "[H]e seen the jiffy his dumb ass was shaking in his boots I was gonna slap him wit[h] that bitch but he was pleading Lik[e] a bitch."

On February 17, 2019, Trayvon HALL told Donnell FOSTER that he was going to "make a[n] example out" of one of the members of Baccwest ETG Crips for failing to do enough to avenge Mitch Finney's death. HALL indicated that he planned to administer one of two forms of gang sanction—either a "DP" (short for "discipline") or "walking papers" (*i.e.*, expulsion from the gang).

On March 13, 2019, Trayvon HALL lamented to ETG Crips member Deontae Emmons that **Victim 13** had been booked for a robbery before the ETG Crips could get to him. HALL said he did not know whether "somebody told on" **Victim 13** or whether **Victim 13** got caught "wit that gun that killed" Mitch Finney.

On March 18, 2019, Trayvon HALL used his cell phone to look up news articles about the murders of **Theron McClary** and **Steven McKnight**. He then edited rap lyrics about exacting vengeance on members of the Abington Avenue organization for killing Mitch Finney. HALL wrote: "[T]awonda I love yah yah son my brother ..now listen the nig\*\*s who killed him .. them nig\*\*s been getting it lately . . . I'm heartless bitch an That's on Mitch."

On April 13, 2019, the ETG Crips enlisted the help of a newly recruited member in an attempt to murder **Victim 15**. The new recruit drove members of the ETG Crips through the unit block of Abington Avenue while they shot at **Victim 15** using a 9mm caliber firearm and a .45 caliber firearm. **Victim 15** was hit in the shoulder but survived. An hour later, Marcus WILLIAMS sent Trayvon HALL a screenshot of a news article about the shooting.

On April 14, 2019, HALL used coded language to inform Keith PINSON that the newly recruited member had taken part in the shooting of **Victim 15** the day before. HALL said the new recruit was "shaky" and "driving goofy," and that he kept "asking questions bout the police," but added, "he goin be good he learning." Later that day, HALL congratulated the new recruit on

joining the ETG Crips, telling him "u family now," and instructing him about the formation and leadership of the gang. HALL explained that the new recruit was from the "Baccwest" side of the ETG Crips, "also known as the Bdub," which "started in 1987," whereas "ETG itself started [in] 1975." But HALL clarified that the "sides" of the gang were really just "blocks" or "gps" coordinates; they represented "what part of the set u from," but they were all the same gang.

On or about May 19, 2019, HALL provided a co-conspirator with a 9 mm Sig Sauer P220 pistol, which the co-conspirator used to shoot **Victim 22** in the 4900 block of Greencrest Road. HALL served as the getaway driver following the shooting, which **Victim 22** survived.

On July 31, 2019, in the 1400 block of Hadwick Drive in Essex, Maryland, Trayvon HALL possessed a loaded .40 caliber Smith & Wesson semi-automatic handgun with serial number HLA8409 and ETG Crips writings.

The Defendant agrees that he conspired with other members of the ETG Crips to distribute heroin and cocaine base in furtherance of the gang, and that it was reasonably foreseeable to him that 100 grams or more of heroin and more than 28 grams or more of cocaine base would be distributed by members of the conspiracy.

SO STIPULATED:

_____
Peter J. Martinez
Kim Y. Oldham
Assistant United States Attorneys

_____  8/16/2022
Trayvon Hall
Defendant

_____  8/16/2022
Joe Murtha, Esq.
Counsel for Defendant